UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, INC. and DANIEL WEXLER,<br><br>    Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.,<br><br>    Defendant. | AFFIDAVIT OF<br>JO ANNA POLLOCK IN SUPPORT<br>OF MOTION TO ADMIT COUNSEL<br>PRO HAC VICE<br><br>Case No. T/B/D |

State of New York  )
                           )  ss.
County of New York )

    Jo Anna Pollock, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of SimmonsCooper LLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of :

        Illinois (2000) (#6273491)
        Missouri (2001) (#50430)

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that she be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: July 31, 2008

                                                                        _____
                                                                       Signature of Movant
                                                                        Jo Anna Pollock
                                                                        SimmonsCooper LLC

707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024
Email:jpollock@simmonscooper.com
Telephone: 618-259-2222

State of Illinois        )
                         )SS
County of Madison        )

SUBSCRIBED AND SWORN to before me this 31 day of July, A.D., 2008.

*Margie A. Wilson*
Notary Public

Official Seal
Margie A. Wilson
Notary Public, State of Illinois
My Commission Exp. 03/07/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, INC. and )
DANIEL WEXLER, )
)
    Plaintiffs, ) ADMISSION TO PRACTICE
) PRO HAC VICE
)
v. ) Case No. T/B/D
)
)
GOOGLE, INC., )
)
    Defendant. )

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Jo Anna Pollock is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: _____
                                                                                                         United States District Judge

cc: Jo Anna Pollock
     Court File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, INC. and<br>DANIEL WEXLER,<br><br>   Plaintiffs,<br><br>v.<br><br><br>GOOGLE, INC.,<br><br>   Defendant. | )<br>)<br>)<br>) NOTICE OF MOTION<br>) TO ADMIT COUNSEL<br>) PRO HAC VICE<br>)<br>) Case No. T/B/D<br>)<br>)<br>)<br>) |

TO:   T/B/D

PLEASE TAKE NOTICE that upon the annexed affidavit of Jo Anna Pollock in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable (Assigned Judge) at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Jo Anna Pollock, a member of the firm of SimmonsCooper LLC and a member in good standing of the Bar of the State(s) of Illinois and Missouri, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

                     Respectfully submitted,

Dated: July 31, 2008

                     _____
                     Signature of Movant
                     Jo Anna Pollock
                     SimmonsCooper LLC
                     707 Berkshire Boulevard
                     P.O. Box 521
                     East Alton, IL 62024
                     Email:jpollock@simmonscooper.com
                     Telephone: 618-259-2222

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 18, 2001,

## Jo Anna Pollock

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th. day of July, 2008.

_____
Clerk of the Supreme Court of Missouri

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Jo Anna Pollock

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 25, 2008.

*Juleann Hornyak*
Clerk