UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, INC. and )
DANIEL WEXLER, )
)
    Plaintiffs, ) AFFIDAVIT OF
) PAUL A. LESKO IN SUPPORT OF
) MOTION TO ADMIT COUNSEL
) PRO HAC VICE
v. )
) Case No. T/B/D
)
GOOGLE, INC., )
)
    Defendant. )

State of New York )
                   ) ss.
County of New York )

    Paul A. Lesko, being duly sworn, hereby deposes and says as follows:

1. I am an associate with the law firm of SimmonsCooper LLC.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of :

        Missouri (2000) (#51914)
        Illinois (2006) (#6288806)
        Louisiana (1999) (#26267)

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: July 29, 2008

                                                      Signature of Movant

Paul A. Lesko
SimmonsCooper LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, IL 62024
Email:plesko@simmonscooper.com
Telephone: 618-259-2222

State of Illinois )
)SS
County of Madison )

SUBSCRIBED AND SWORN to before me this 29th day of July, A.D., 2008.

Teri L. Morgan
Notary Public

"OFFICIAL SEAL"
Terri L Morgan
Notary Public, State of Illinois
Commission Expires 9/3/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| WEB TRACKING SOLUTIONS, INC. and | ) | |
|---|---|---|
| DANIEL WEXLER, | ) | |
| | ) | |
| Plaintiffs, | ) | ADMISSION TO PRACTICE |
| | ) | PRO HAC VICE |
| | ) | |
| v. | ) | Case No. T/B/D |
| | ) | |
| | ) | |
| GOOGLE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Paul A. Lesko is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated: July 29, 2008

_____
United States District Judge

cc: Paul A. Lesko
    Court File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, INC. and )
DANIEL WEXLER, )
                                      )
    Plaintiffs,                  )    NOTICE OF MOTION
                                      )    TO ADMIT COUNSEL
v.                                      )    PRO HAC VICE
                                      )
                                      )    Case No. T/B/D
GOOGLE, INC.,                )
                                      )
    Defendant.                )

---

TO:    T/B/D


PLEASE TAKE NOTICE that upon the annexed affidavit of Paul A. Lesko in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable (Assigned Judge) at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Paul A. Lesko, a member of the firm of SimmonsCooper LLC and a member in good standing of the Bar of the State(s) of Illinois, Louisiana and Missouri, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

                                                               Respectfully submitted,

Dated: July 29, 2008
                                                               Signature of Movant
                                                               Paul A. Lesko
                                                               SimmonsCooper LLC
                                                               707 Berkshire Boulevard
                                                               P.O. Box 521
                                                               East Alton, IL 62024
                                                               Email:plesko@simmonscooper.com
                                                              Telephone: 618-259-2222

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on April 21, 2000,

## Paul Alan Lesko

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th. day of July, 2008.

_____
Clerk of the Supreme Court of Missouri

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

**PAUL ALAN LESKO, ESQ., #26567**

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 15th Day of October, 1999 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 25th Day of July, 2008, A.D.

Clerk of Court
Supreme Court of Louisiana

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Paul Alan Lesko

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on August 2, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, July 25, 2008.

*Juleann Hornyak*
Clerk