UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, INC. and )
DANIEL WEXLER, )
)
      Plaintiffs, )    AFFIDAVIT OF
)    STEPHEN C. SMITH IN SUPPORT
)    OF MOTION TO ADMIT
)    COUNSEL PRO HAC VICE
v. )
)    Case No. T/B/D
)
GOOGLE, INC., )
)
      Defendant. )

State of New York   )
              )   ss.
County of New York   )

Stephen C. Smith, being duly sworn, hereby deposes and says as follows:

1.    I am an associate with the law firm of SimmonsCooper LLC.

2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.    As shown in the Certificate(s) of Good Standing annexed hereto I am a member in good standing of the Bar of the State of :

Illinois (2003) (#6279828)

4.    There are no pending disciplinary proceedings against me in any State or Federal court.

5.    Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: July 29, 2008

_____
Signature of Movant
Stephen C. Smith
SimmonsCooper LLC

707 Berkshire Boulevard
P.O. Box 521
East Alton, IL  62024
Email:ssmith@simmonscooper.com
Telephone: 618-259-2222

State of Illinois          )
                           )SS
County of Madison     )

SUBSCRIBED AND SWORN to before me this 29th day of _July_, A.D., 2008.

_Terri L Morgan_
Notary Public

"OFFICIAL SEAL"
Terri L Morgan
Notary Public, State of Illinois
Commission Expires 9/3/2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, INC. and ) <br> DANIEL WEXLER, ) <br> ) <br>      Plaintiffs, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> GOOGLE, INC., ) <br> ) <br>      Defendant. ) | ADMISSION TO PRACTICE <br> PRO HAC VICE <br> <br> Case No.  T/B/D |

The motion for admission to practice pro hac vice in the above captioned matter is

granted.  The admitted attorney Stephen C. Smith is permitted to argue or try this

particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney

admission fee and present this Order to the intake deputy clerk in the Clerk's Office.

When paying by mail, return a copy of this Order to the Clerk's Office with the required

fee.

This Order confirms your appearance as counsel in this case, and it will be

entered on the Court's docket.  A notation of your admission pro hac vice for the above

listed case will be made on the roll of attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other

counsel in this case.

Dated: July 29, 2008

_____
United States District Judge

cc:  Stephen C. Smith
     Court File

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, INC. and ）
DANIEL WEXLER,                   ）
                                 ）
           Plaintiffs,           ）     NOTICE OF MOTION
                                 ）     TO ADMIT COUNSEL
v.                               ）     PRO HAC VICE
                                 ）
                                 ）     Case No. T/B/D
GOOGLE, INC.,                    ）
                                 ）
           Defendant.            ）
_____

TO:    T/B/D


PLEASE TAKE NOTICE that upon the annexed affidavit of Stephen C. Smith in support
of this motion and the Certificate(s) of Good Standing annexed thereto we will move this
Court before the Honorable (Assigned Judge) at the United States Courthouse for the
Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United
States District Courts for the Southern and Eastern Districts of New York for an Order
allowing the admission of Stephen C. Smith, a member of the firm of SimmonsCooper
LLC and a member in good standing of the Bar of the State of Illinois, as attorney pro
hac vice to argue or try this case in whole or in part as counsel. There are no pending
disciplinary proceedings against me in any State or Federal court.

                                        Respectfully submitted,

Dated: July 29, 2008

                                        Signature of Movant
                                        Stephen C. Smith
                                        SimmonsCooper LLC
                                        707 Berkshire Boulevard
                                        P.O. Box 521
                                        East Alton, IL  62024
                                        Email:ssmith@simmonscooper.com
                                        Telephone: 618-259-2222

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Stephen Charles Smith

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 6, 2003 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, July 25, 2008.

*Juleann Hornyak*

Clerk