IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC and ) <br> DANIEL WEXLER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GOOGLE, INC., ) <br> ) <br> Defendant. ) | NOTICE OF MOTION <br> TO ADMIT COUNSEL <br> PRO HAC VICE <br><br> 1:08 cv 03139-RRM-RER |

To:    T/B/D

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of movant in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Rosyln R. Mauskopf at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, a member of the law firm of Eckert Seamans Cherin & Mellott, LLC and a member in good standing of the Bar of the Commonwealth of Pennsylvania,as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

_____
Edward C. Flynn, Esquire (Pa. I.D.#35198)
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
US Steel Tower
Pittsburgh, PA  15219
Telephone:  (412) 566-6000
Email:     eflynn@eckertseamans.com

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WEB TRACKING SOLUTIONS, LLC and<br>DANIEL WEXLER,<br><br>　　　　　　　　Plaintiffs,<br>vs.<br><br>GOOGLE, INC.,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | AFFIDAVIT OF EDWARD C.<br>FLYNN IN SUPPORT OF MOTION<br>TO ADMIT COUNSEL<br>PRO HAC VICE<br><br>1:08 cv 03139-RRM-REBR |

State of New York　　　　）
　　　　　　　　　　　　）ss:
County of New York　　　）

Edward C. Flynn, being duly sworn, hereby deposes and says as follows:

1.　　I am a member of the law firm of Eckert Seamans Cherin & Mellott, LLC.

2.　　I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3.　　As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the Commonwealth of Pennsylvania.

4.　　There are no pending disciplinary proceedings against me in any State or Federal Court.

5.　　Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Dated: 8/5/08

Edward C. Flynn, Esquire (Pa. I.D. #35198)
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
US Steel Tower
Pittsburgh, PA 15219
Telephone: (412) 566-6000
Email:　eflynn@eckertseamans.com

Sworn to and subscribed before
me this 5th day of August, 2008.

_Sherry Lynn Bruner_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Sherry Lynn Bruner, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires July 13, 2011

Member, Pennsylvania Association of Notaries



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Edward C. Flynn, Esq.*

**DATE OF ADMISSION**

*November 17, 1981*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: July 31, 2008**

_____
Patricia A. Nicola
Chief Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC and DANIEL WEXLER,<br><br>                 Plaintiffs,<br>vs.<br><br>GOOGLE, INC.,<br><br>                 Defendant. | ADMISSION TO PRACTICE PRO HAC VICE<br><br>1:08 cv 03139-RRM-RER |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Edward C. Flynn, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

The attorney admission pro hac vice must serve a copy of this Order on all other counsel in this case.

Dated:

                                                                             United States District Judge

cc:     Edward C. Flynn, Esq.
           Court file