UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, INC. and DANIEL WEXLER, <br><br> *Plaintiffs*, <br><br> v. <br><br> GOOGLE, INC., <br><br> *Defendant*. | ECF Case <br><br> Case No.: 1:08-cv-03139-RRM-RER |

## STIPULATION TO EXTEND TIME OF DEFENDANTS TO RESPOND TO COMPLAINT AND STAY ALL PRETRIAL DEADLINES

Defendant Google Inc. and Plaintiffs Web Tracking Solutions, Inc. and Daniel Wexler, through their respective counsel, hereby stipulate to extend the time for Defendant to move, answer, or otherwise respond to the Amended Complaint in the above-captioned matter. In support of this request, Defendant and Plaintiffs (together, the "Parties"), through counsel, state as follows:

WHEREAS, Plaintiffs filed an Amended Complaint in this action on or about July 31, 2008; and

WHEREAS, Google has requested from Plaintiffs and Plaintiffs have agreed to an extension of Google's time in which to move, answer, or otherwise respond to the Amended Complaint;

NOW THEREFORE, the Parties hereby stipulate and agree that Google's time in which

to move, answer, or otherwise respond to the Amended Complaint shall be extended to and including October 10, 2008.

Dated: September 3, 2008

*Steven Hayes* /s/м
Steven M. Hayes
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6400
(212) 784-6420 - facsimile
E-mail: shayes@hanlyconroy.com

Paul A. Lesko
Stephen C. Smith
Jo Anna Pollock
SIMMONSCOOPER LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, Illinois 62024
(618) 259-2222
(618) 259-2251 - facsimile
E-mail: plesko@simmonscooper.com

Edward C. Flynn
Paul D. Steinman
ECKERT SEAMANS CHERIN &
MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
(412) 566-2063
(412) 566-6099 - facsimile
E-mail: eflynn@eckertseamans.com

*Attorneys for Web Tracking Solutions, Inc. and Daniel Wexler*

*Tonia Ouellette Klausner* /s/м
Tonia Ouellette Klausner
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
(212) 999-5800
(212) 999-5899 - facsimile
E-mail: tklausner@wsgr.com

Catherine Lacavera
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
E-mail: clacavera@google.com

*Attorneys for Google Inc.*