AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

WEB TRACKING SOLUTIONS, LLC and
DANIEL WEXLER

**SUMMONS IN A CIVIL ACTION**

V.

GOOGLE, INC.

CASE NUMBER: **CV 08 3139**

MAUSKOPF, J.

TO: (Name and address of Defendant)

GOOGLE, INC.
1600 Amphitheatre Parkway Mountain View, California 94043

REYES, M.J

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hayes, Esq.
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue,
New York, NY 10016-7416

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN                                    JUL 3 1 2008

CLERK                                                                  DATE

_Elizabeth Goddard_
(By) DEPUTY CLERK

_[signature]_
Jorge L. Ortiz
receptionist 8-18-08

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[(1)] | DATE 8/18/2008 |
|---|---|
| NAME OF SERVER (PRINT) Glenn Sanders | TITLE Office Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   76 Ninth Avenue, New York, N.Y., by leaving Summons and Second Amended Complaint with Jorge L. Ortiz (Receptionist)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   8/29/2008
                  Date                    *Signature of Server*

112 Madison Avenue, New York, N.Y. 10016
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.