Web Tracking Solutions, Inc. et al v. Google, Inc.                                                                              Doc. 12

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

EASTERN District of NEW YORK

WEB TRACKING SOLUTIONS, LLC and
DANIEL WEXLER

**SUMMONS IN A CIVIL ACTION**

V.

GOOGLE, INC.

CASE NUMBER: **CV 08 3139**

**MAUSKOPF, J.**

TO: (Name and address of Defendant)

GOOGLE, INC.
1600 Amphitheatre Parkway Mountain View, California 94043

REYES, M.J

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven M. Hayes, Esq.
HANLY CONROY BIERSTEIN SHERIDAN
 FISHER & HAYES LLP
112 Madison Avenue,
New York, NY 10016-7416

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

ROBERT C. HEINEMANN          JUL 3 1 2008

CLERK          DATE
  Elizabeth Goddard
(By) DEPUTY CLERK

Dockets.Justia.com

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK     CASE #:   CV 08 3139

WEB TRACKING SOLUTIONS LLC AND DANIEL WEXLER

                                                                             Plaintiff(s)/Petitioner(s)

against

GOOGLE, INC.

                                                                             Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Kerry Gunner being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on 8/15/08 at 4:10 PM at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, SECOND AMENDED COMPLAINT**

upon: **GOOGLE, INC.**

defendant/respondent in this action by delivering and leaving with Amy Lesch authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**306 of the Business Corporation Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| female | white | brown | 25 | 5'8" | 155 | |

Sworn to before me on: 8/19/2008

Notary Public                                                                             Kerry Gunner

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

| | | | |
|---|---|---|---|
| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe | 118032 |
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, Stateof NY | |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 | |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County | |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 | |

SHERIE A. SEARLES
Notary Public, State of New York
No. 01SE6179623
Qualified in Albany County
Commission Expires 12-17-2011