# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES <sup>LLP</sup>

112 MADISON AVENUE
NEW YORK, NEW YORK 100167416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
 (212) 784-6403
JAYNE CONROY (NY, DC & MA)
 (212) 784-6402
CLINTON B. FISHER (NY & DC)
 (212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
 (212) 784-6401
STEVEN M. HAYES (NY)
 (212) 784-6414
THOMAS I. SHERIDAN, III (NY)
 (212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 784-6420

EMAIL
shayes@hanlyconroy.com

VIA ELECTRONIC FILING

October 6, 2008

Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re:    *In re: Web Tracking Solutions, LLC and Daniel Wexler v. Google, Inc.,* 1:08-cv-03139

Dear Judge Reyes:

I write with the consent of all parties to request an extension of the initial conference currently scheduled for October 17, 2008 to any day during the week of November 10, 2008. The reason for the request of the extension is that two out of the three of Plaintiffs' counsel will be otherwise engaged on that day. One attorney will be on trial and I have a previously scheduled conference before Judge McMahon at the same time. Counsel for Defendant has agreed to our request for this extension. No prior requests for extensions have been made.

Respectfully submitted,

*Steven M. Hayes*
Steven M. Hayes

cc:    Thomas D. Pease, Esq.
       Paul A. Lesko, Esq.
       Edward C. Flynn, Esq.