AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | New York |

**APPEARANCE**

Web Tracking Solutions, LLC v. Google, Inc.     Case Number: 1:08-cv-03139 (RRM) (RER)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google, Inc.

E-mail Address: alexanderrudis@quinnemanuel.com

I certify that I am admitted to practice in this court.

| 10/10/2008 | | *[signature]* |
|---|---|---|
| Date | | Signature |

Alexander Rudis
Print Name     Bar Number

51 Madison Avenue, 22nd Floor
Address

| New York | NY | 10010 |
|---|---|---|
| City | State | Zip Code |

(212) 849-7000     (212) 849-7100
Phone Number     Fax Number