UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC. and DANIEL WEXLER,<br><br>    Plaintiffs/Counterclaim Defendants,<br><br>    v.<br><br>GOOGLE, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 1:08-cv-03139 (RRM) (RER) |

### STIPULATION TO EXTEND TIME OF DEFENDANTS TO RESPOND TO COMPLAINT AND STAY ALL PRETRIAL DEADLINES

Defendant Google, Inc. and Plaintiffs Web Tracking Solutions, Inc. and Daniel Wexler, through their respective counsel, hereby stipulate to extend the time for Defendant to move, answer, or otherwise respond to the Second Amended Complaint in the above-captioned matter. In support of this request, Defendant and Plaintiffs (together, the "Parties") through counsel, state as follows:

WHEREAS, Plaintiffs filed a Second Amended Complaint in this action on or about August 4, 2008; and

WHEREAS, Google has requested from Plaintiffs and Plaintiffs do not oppose an extension of Google's time in which to move, answer, or otherwise respond to the Second Amended Complaint;

NOW THEREFORE, the Parties hereby stipulate and agree that Google's time in which to move, answer, or otherwise respond to the Second Amended Complaint shall be extended to and including November 3, 2008.

DATED: October 10, 2008

By: _____/s/_____
Steven M. Hayes
HANLY CONROY BIERSTEIN
SHERIDAN FISHER & HAYES LLP
112 Madison Ave
New York, New York 10016
(212) 784-6400
(212) 794 6420 - facsimile
E-mail: shayes@hanlyconroy.com

Paul A. Lesko
Stephen C. Smith
Jo Anna Pollock
SIMMONSCOOPER LLC
707 Berkshire Boulevard
P.O. Box 521
East Alton, Illinois 62024
(618) 259-2222
(618) 259-2251 - facsimile
E-mail: plesko@simmonscooper.com

Edward C. Flynn
Paul D. Steinman
ECKERT SEAMANS CHERIN &
MELLIOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, Pennsylvania 15219
(412) 566-2063
(412) 566-6099 - facsimile
E-mail: eflynn@eckertseamans.com

*Attorneys for Web Tracking Solutions, Inc. and Daniel Wexler*

By: /s/ Thomas D. Pease
Thomas D. Pease
Alexander Rudis
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
(212) 849 7000
(212) 849-7100 - facsimile
E-mail: thomaspease@quinnemanuel.com

Charles. K. Verhoeven
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street 22nd Floor
San Francisco, California 94111
(415) 875-6600
(415)-875-6700 - facsimile
E-mail: charlesverhoeven@quinnemanuel.com

Catherine Lacavera
GOOGLE, INC.
1600 Amphitheatre Parkway
Mountain View, CA 94043
E-mail: clacavera@google.com

*Attorneys for Google, Inc.*

SO ORDERED.

_____
Roslynn R. Mauskopf, U.S.D.J.