AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

**APPEARANCE**

Web Tracking Solutions, LLC v. Google, Inc.   Case Number: 1:08-cv-03139 (RRM) (RER)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Google, Inc.

Email address: thomaspease@quinnemanuel.com

I certify that I am admitted to practice in this court.

10/8/2008
Date

Signature

Thomas D. Pease — TP-5258
Print Name — Bar Number

51 Madison Avenue, 22nd Floor
Address

New York — NY — 10010
City — State — Zip Code

(212) 849-7000 — (212) 849-7100
Phone Number — Fax Number