UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Web Tracking Solutions, Inc. et al.

      Plaintiff,    NOTICE OF MOTION
             TO ADMIT COUNSEL
 -against-          PRO HAC VICE

Google, Inc.

         Defendants.    1:08-CV-03139-RRM-RER

-----------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto we will move this Court before the Honorable Roslynn R. Mauskopf at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing admission of movant, a member of the firm of Quinn Emanuel Urquhart Oliver and Hedges, LLP and a member in good standing of the Bar of the State(s) of California and the District of Columbia, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court. (If there are any disciplinary proceedings, describe them.)

               Respectfully submitted,

               Patrick D. Curran
               Quinn Emanuel Urquhart Oliver and Hedges, LLP
               51 Madison Avenue, 22nd Floor
               New York, New York 10010
               patrickcurran@quinnemanuel.com
               212-849-7216

TO: Opposing Counsel
Steven M. Hayes
Paul J. Hanly, Jr.
Jayne Conroy
112 Madison Avenue
New York, NY 10016
T: (212) 259-2222 F: (212) 259-6420

Paul A. Lesko
Stephen C. Smith
Jo Anna Pollack
SIMMONSCOOPER LLC
707 Berkshire Blvd.
P.O. Box 521
East Alton, IL 62024
T: (618) 259-2222 F: (618)259-2251

Edward C. Flynn
Paul D. Steinman
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
T: (412) 556-2063 F: (412) 566-6099