A062 SWEDA
(Rev. 4-90)

RECEIPT FOR PAYMENT
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK
at BROOKLYN 10-17-2008(FRI) 04:08 PM

DRAW 2                                    026995

Receipt#358619

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | 1 PRO HAC VICE    25.00 |
| 085000 | Attorney Admission Fees | .. # 6855XX |
| 086900 | Filing Fees | CHK#              13338 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | TOTAL--»   25.00 |
| 322360 | Miscellaneous Fees | CHECK      25.00 |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (1/2) | |
| 510100 | Registry Fee | |

CASE REFERENCE:
*Pro Hac Vice 08CV3139 (CCM)*

RECEIVED FROM

*Quinn Emanuel*

DEPUTY CLERK _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

Dockets.Justia.com