UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

WEB TRACKING SOLUTIONS, LLC. and
DANIEL WEXLER,

    Plaintiffs/Counterclaim
    Defendants,

v.

GOOGLE, INC.

    Defendant/Counterclaim
    Plaintiff.

Case No. 1:08-cv-03139 (RRM) (RER)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned Counsel for Defendant Google, Inc., a non-governmental party, states that Google, Inc. has no parent corporation, and that no publicly-held corporation owns 10% or more of its stock.

DATED: November 3, 2008

By: _____
THOMAS D. PEASE
ALEXANDER RUDIS
PATRICK D. CURRAN
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100

CHARLES K. VERHOEVEN
QUINN EMANUEL URQUHART OLIVER &
HEDGES, LLP
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant
GOOGLE, INC.