# HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES <sup>LLP</sup>

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
  (212) 784-6403
JAYNE CONROY (NY, DC & MA)
  (212) 784-6402
CLINTON B. FISHER (NY & DC)
  (212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
  (212) 784-6401
STEVEN M. HAYES (NY)
  (212) 784-6414
THOMAS I. SHERIDAN, III (NY)
  (212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 784-6420

EMAIL
shayes@hanlyconroy.com

VIA ELECTRONIC FILING

November 21, 2008

Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

        Re:    *In re: Web Tracking Solutions, LLC and Daniel Wexler v. Google, Inc.,* 1:08-cv-03139

Dear Judge Reyes:

    I write with the consent of all parties to request an extension of time on behalf of Plaintiffs, Web Tracking Solutions LLC and Daniel Wexler, to file their response to Counterclaims herein from November 24, 2008 to December 1, 2008. This is the first time this request has been made and will not have any effect on any other dates. The reason for the request of the extension is the holiday period and the necessity of consulting among counsel and the client.

                              Respectfully submitted,

                              Steven M. Hayes

cc:    Edward DeFranco, Esq.
        Paul A. Lesko, Esq.
        Edward C. Flynn, Esq.