AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF New York

## APPEARANCE

Web Tracking Solutions LLC and Daniel Wexler v. Google, Inc.   Case Number: 1:08-cv-03139 (RRM) (RER)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Google, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 11/24/2008 | /s/ Edward DeFranco |
| Date | Signature |
| | Edward DeFranco — 2108561 |
| | Print Name / Bar Number |
| | 51 Madison Avenue |
| | Address |
| | New York, NY, 10010 |
| | City / State / Zip Code |
| | (212) 849-7106 / (212) 849-7100 |
| | Phone Number / Fax Number |