

From the desk of
Paul A. Lesko (IL, MO, LA)
Attorney at Law

December 1, 2008

VIA ELECTRONIC FILING

Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re: Web Tracking Solutions, LLC and Daniel Wexler v. Google, Inc., 1:08-CV-03139

Dear Judge Reyes:

In accordance with your Honor's rules, the parties request that the Court enter the attached stipulation to allow Defendant Google, Inc. until December 9 to amend its answer and counterclaims and allow Plaintiffs Web Tracking Solutions, LLC and Daniel Wexler two weeks in which to file its responsive pleading. The parties believe that this additional time will avoid motion practice.

If your Honor has any questions the parties are available for a joint telephonic conference.

Respectfully submitted,

Paul A. Lesko
Attorney at Law

Main Office  www.simmonscooper.com
707 Berkshire Blvd.  800.479.9533
P.O. Box 521  618.259.2222
East Alton, IL 62024  618.259.2251 Fax

Chicago Office
209 South LaSalle St.  312.759.7500
Suite 805  312.759.7516 Fax
Chicago, IL 60604

Texas Office
103 North Sycamore  866.574.2322
P.O. Box 1640  940.574.2322
Archer City, TX 76351  940.574.2551 Fax