

From the desk of
Paul A. Lesko (IL, MO, LA)
Attorney at Law

December 1, 2008

VIA ELECTRONIC FILING

Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re: Web Tracking Solutions, LLC and Daniel Wexler v. Google, Inc.,   1:08-CV-03139

Dear Judge Reyes:

In accordance with your Honor's rules, the parties request that the Court enter the attached stipulation to allow Defendant Google, Inc. until December 9 to amend its answer and counterclaims and allow Plaintiffs Web Tracking Solutions, LLC and Daniel Wexler two weeks in which to file its responsive pleading. The parties believe that this additional time will avoid motion practice.

If your Honor has any questions the parties are available for a joint telephonic conference.

Respectfully submitted,

Paul A. Lesko
Attorney at Law

| Main Office | www.simmonscooper.com | Chicago Office | | Texas Office | |
| --- | --- | --- | --- | --- | --- |
| 707 Berkshire Blvd. | 800.479.9533 | 209 South LaSalle St. | 312.759.7500 | 103 North Sycamore | 866.574.2322 |
| P.O. Box 521 | 618.259.2222 | Suite 805 | 312.759.7516 Fax | P.O. Box 1640 | 940.574.2322 |
| East Alton, IL 62024 | 618.259.2251 Fax | Chicago, IL 60604 | | Archer City, TX 76351 | 940.574.2551 Fax |