April 30, 2009

**VIA ELECTRONIC FILING**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

SO ORDERED,
Dated: Brooklyn, New York
April 30, 2009
/s/ Ramon E. Reyes, Jr.
United States Magistrate Judge

Re: *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

Pursuant to the order entered December 2, 2008 in the above-referenced case (docket no. 27) ("First Scheduling Order"), the parties are scheduled to conduct a telephonic status conference with the Court tomorrow, May 1, 2009. However, the parties do not currently have any disputes to report, and for that reason request that the scheduled May 1 status conference be adjourned.

In lieu of a status conference on May 1, the parties submit this joint request for certain amendments to the First Scheduling Order. These changes will assist in the orderly resolution of the case and avoid unnecessary discovery disputes. This is the first requested amendment to the December 2, 2008 scheduling order.

The below chart summarizes the parties' requested revisions to the case schedule:

| Event | Revised Deadline |
| --- | --- |
| Exchange proposed claim terms and phrases (First Scheduling Order ¶ 7) | June 10, 2009 |
| Exchange preliminary proposed constructions (First | June 26, 2009 |

quinn emanuel urquhart oliver & hedges, llp
LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

| | |
|---|---|
| Scheduling Order ¶ 8) | |
| Exchange disputed claim terms charts (First Scheduling Order ¶ 11) | August 4, 2009 |
| Filing of *Markman* briefs (First Scheduling Order ¶ 12) and disclosure and exchange of *Markman* expert reports, affidavits, or declarations (*id.* ¶ 13(a)) | September 2, 2009 |
| Completion of initial *Markman* expert depositions (First Scheduling Order ¶ 13(b)) | September 23, 2009 |
| Filing of responsive *Markman* briefs (First Scheduling Order ¶ 14) and disclosure and exchange of rebuttal *Markman* expert reports, affidavits, or declarations (*id.* ¶ 13(c)) | October 14, 2009 |
| Completion of rebuttal *Markman* expert depositions (First Scheduling Order ¶ 13(d)) | October 21, 2009 |
| Filing with the Court of a Joint Disputed Claim Terms Chart (First Scheduling Order ¶ 14) | October 21, 2009 |

Attached hereto as Exhibit A is a draft order granting these requested changes.

The parties further request that certain hearing dates and related submissions be rescheduled. Subject to the convenience of the Court, the parties propose the following revised dates:

| Event | Revised Deadline |
|---|---|
| Telephonic status conference (First Scheduling Order ¶ 10) | June 29, 2009 |
| Joint status report (First Scheduling Order ¶ 17) | November 10, 2009 |
| Joint status conference (First Scheduling Order ¶ 18) | November 17, 2009 |
| Close of fact discovery (First Scheduling Order ¶ 18) | December 8, 2009 |

The parties are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

_____
Steven M. Hayes
HANLY CONROY BIERSTEIN FISHER & HAYES
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6414
shayes@hanlyconroy.com

*Counsel for Plaintiffs*

_____
Edward J. DeFranco
QUINN EMANUEL URQUHART OLIVER & HEDGES
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7106
eddefranco@quinnemanuel.com

*Counsel for Defendant*