June 2, 2009


<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201


Re:    *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint request for certain amendments to the schedule in the above-referenced case.  These changes will assist in the orderly resolution of the case and avoid unnecessary discovery disputes.  This is the second requested amendment to the December 2, 2008 scheduling order; the parties previously requested scheduling amendments in a joint letter submitted April 29, 2009.

The below chart summarizes the parties' requested revisions to the case schedule:

| Event | Revised Deadline |
| --- | --- |
| Defendant to serve its "Preliminary Invalidity Contentions" and produce documents identified in Scheduling Order ¶ 5 | June 22, 2009 |
| Exchange proposed claim terms and phrases (First Scheduling Order ¶ 7) | July 1, 2009 |
| Exchange preliminary proposed constructions (First Scheduling Order ¶ 8) | July 24, 2009 |

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017 | TEL (213) 443-3000  FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA  94111 | TEL (415) 875-6600  FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065 | TEL (650) 801-5000  FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku,  107-0052 | TEL +81 3 5561-1711  FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000  FAX +44(0) 20 7653 2100

Dockets.Justia.com

| | |
|---|---|
| Exchange disputed claim terms charts (First Scheduling Order ¶ 11) | September 1, 2009 |
| Filing of *Markman* briefs (First Scheduling Order ¶ 12) and disclosure and exchange of *Markman* expert reports, affidavits, or declarations (*id.* ¶ 13(a)) | September 30, 2009 |
| Completion of initial *Markman* expert depositions (First Scheduling Order ¶ 13(b)) | October 21, 2009 |
| Filing of responsive *Markman* briefs (First Scheduling Order ¶ 14) and disclosure and exchange of rebuttal *Markman* expert reports, affidavits, or declarations (*id.* ¶ 13(c)) | November 12, 2009 |
| Completion of rebuttal *Markman* expert depositions (First Scheduling Order ¶ 13(d)) | November 18, 2009 |
| Filing with the Court of a Joint Disputed Claim Terms Chart (First Scheduling Order ¶ 14) | November 18, 2009 |

Attached hereto as Exhibit A is a draft order granting these requested changes.

The parties further request that certain hearing dates and related submissions be rescheduled. Subject to the convenience of the Court, the parties propose the following revised dates:

| Event | Revised Deadline |
|---|---|
| Telephonic status conference (First Scheduling Order ¶ 10) | July 24, 2009 |
| Joint status report (First Scheduling Order ¶ 17) | December 8, 2009 |
| Joint status conference (First Scheduling Order ¶ 18) | December 16, 2009 |
| Close of fact discovery (First Scheduling Order ¶ 18) | December 29, 2009 |
| Final pre-trial conference | September 9, 2010 |

The parties are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| (212) 784-6414 | (212) 849-7106 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |