**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL: (212) 849-7000 FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7216**

WRITER'S INTERNET ADDRESS
**patrickcurran@quinnemanuel.com**

July 23, 2009

**VIA ELECTRONIC FILING**

Magistrate Judge Ramon E. Reyes, Jr.
United States Courthouse
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re:   *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Dear Judge Reyes:

In accordance with Your Honor's rules, the parties jointly request that the Court enter the attached stipulation to allow Defendant Google, Inc. to file a second amended answer and counterclaims.

If Your Honor has any questions, the parties are available for a joint telephonic conference.

Very truly yours,

*[signature]*

Patrick D. Curran

Cc:   all counsel of record (*via email*)

quinn emanuel urquhart oliver & hedges, llp

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA 90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA 94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA 94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku, 107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100