## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK
## (BROOKLYN)

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC and DANIEL WEXLER, | ) ) ) |
| *Plaintiffs*, | ) ) Case No: 1:08-cv-01319-RRM-RER |
| v. | ) ) ) |
| GOOGLE, INC., | ) ***JURY TRIAL DEMANDED*** ) ) |
| *Defendant*. | ) ) |

### NOTICE OF FIRM NAME CHANGE FOR SIMMONSCOPER LLC

TO THE COURT, ALL DEFENDANTS AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED THAT **effective immediately,** SimmonsCooper LLC's firm name has been changed to **Simmons Browder Gianaris Angelides & Barnerd LLC**. All address, phone and fax information remains the same with the exception of email address changes as follows:

Paul A. Lesko – plesko@simmonsfirm.com
Jo Anna Pollock – jpollock@simmonsfirm.com
Stephen C. Smith – ssmith@simmonsfirm.com

Dated: July 24, 2009

Respectfully submitted,
WEB TRACKING SOLUTIONS, LLC
AND DANIEL WEXLER,

By their attorneys,
SIMMONS BROWDER GIANARIS
  ANGELIDES & BARNERD LLC

By: */s/ Jo Anna Pollock*
Paul A. Lesko *(pro hac vice)*
Stephen C. Smith *(pro hac vice)*
Jo Anna Pollock *(pro hac vice)*
707 Berkshire Blvd.
P.O. Box 521

East Alton, IL 62024
Ph:  (618) 259-2222
Fx:  (618) 259-2251
Email: plesko@simmonsfirm.com
ssmith@simmonsfirm.com
jpollock@simmonsfirm.com

Steven M. Hayes,
Paul J. Hanly, Jr.
Jayne Conroy
HANLY CONROY BIERSTEIN
   SHERIDAN FISHER & HAYES LLP
112 Madison Ave.
New York, NY 10016-7416
Ph:  (212) 784-6400
Fx:  (212) 784-6420
Email: shayes@hanlyconroy.com
phanly@hanlyconroy.com
jconroy@hanlyconroy.com

Edward C. Flynn *(pro hac vice)*
Paul D. Steinman *(pro hac vice)*
ECKERT SEAMANS CHERIN & MELLOTT, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Ph:  (412) 566-2063
Fx:  (412) 566-6099
Email: eflynn@eckertseamans.com
psteinman@eckertseamans.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2009, the foregoing document was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

Thomas D. Pease
Alexander Rudis
Patrick D. Curran
Edward DeFranco
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
51 Madison Avenue
22nd Floor
New York, NY 10010
Ph:  (212) 849-7000
Fx:  (212) 849-7100
Email:  thomaspease@quinnemanuel.com
        alexanderrudis@quinnemanuel.com
        patrickcurran@quinnemanuel.com
        eddefranco@quinnemanuel.com

*Attorneys for Google, Inc.*

                                                              */s/   Jo Anna Pollock*
                                                      **SIMMONS BROWDER GIANARIS**
                                                         **ANGELIDES & BARNERD LLC**