AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| Web Tracking Solutions, LLC  ) | |
| _Plaintiff_  ) | |
| v.  ) | Case No.   1:08-cv-03139 (RRM) (RER) |
| Google, Inc.  ) | |
| _Defendant_  ) | |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google, Inc.

Date:    09/29/2009

_Attorney's signature_

Aaron S. Kaufman       AK3773
_Printed name and bar number_

Quinn Emanuel Urquhart Oliver & Hedges, LLP
51 Madison Ave,
22nd Floor
New York NY 10010
_Address_

aaronkaufman@quinnemanuel.com
_E-mail address_

(212) 849-7314
_Telephone number_

(212) 849-7100
_FAX number_