UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC. and DANIEL WEXLER,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC.<br><br>Defendant. | Case No. 1:08-cv-03139 (RRM) (RER) |

## JOINT STIPULATION TO PERMIT FILING OF SECOND AMENDED ANSWER AND COUNTERCLAIMS BY DEFENDANT GOOGLE INC.

Plaintiffs Web Tracking Solutions, LLC and Daniel Wexler and Defendant Google, Inc hereby submit this Joint Stipulation, and request as follows:

1. Pursuant to paragraph 9 of the Court's Scheduling Order dated December 2, 2008 (dkt. 27), the parties were required to file any motion seeking to amend the pleadings no later than April 30, 2009.

2. After April 30, 2009, the parties produced documents to each other.

3. In light of this document production, the parties have conferred and agree as follows, pending the Court's approval:

   a. Google shall file an amended answer and counterclaims; and

   b. Plaintiffs' responsive pleading shall be filed 21 days after such filing.

1

Case 1:08-cv-03139-RRM-RER   Document 36-1   Filed 07/23/09   Page 2 of 3

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC<br>AND DANIEL WEXLER | GOOGLE, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Steven M. Hayes<br>Steven M. Hayes<br>HANLY CONROY BIERSTEIN &<br>SHERIDAN LLP<br>112 Madison Ave.<br>New York, NY 10016-7416<br>(212) 784-6400<br>(212) 784-6420 – facsimile<br>E-mail: shayes@hanlyconroy.com | /s/ Edward J. DeFranco<br>Edward J. DeFranco<br>James M. Glass<br>Patrick D. Curran<br>QUINN EMANUEL URQUHART OLIVER<br>& HEDGES, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 849-7100<br>Email: edwarddefranco@quinnemanuel.com |
| Edward C. Flynn (pro hac vice)<br>ECKERT SEAMANS CHERIN &<br>MELLOTT, LLC<br>600 Grant Street, 44th Floor<br>Pittsburgh, PA 15219<br>(412) 566-2063<br>(412) 566-6099 –facsimile<br>E-mail: eflynn@eckertseamans.com | Charles K. Verhoeven<br>QUINN EMANUEL URQUHART<br>OLIVER & HEDGES, LLP<br>50 California Street, 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br>Email: charlieverhoeven@quinnemanuel.com |
| Paul A. Lesko (pro hac vice)<br>707 Berkshire Blvd.<br>P.O. Box 521<br>East Alton, IL 62024<br>(618) 259-2222<br>(618) 259-2251 – facsimile<br>E-mail: plesko@simmonscooper.com | |

Dated: ~~July~~ 11/16, 2009

SO ORDERED:

/s/

Ramon E. Reyes, Jr.
United States Magistrate Judge