December 8, 2009


V<small>IA</small> E<small>LECTRONIC</small> F<small>ILING</small>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201


Re:   *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint letter regarding the status of fact discovery and settlement
discussions in the above-referenced case.  At present the parties are cooperating and have no
disputes to report.

The parties are continuing to discuss amendments to the case schedule in view of the current
proposed dates for a claim construction hearing (April 29-30).  The parties will submit a
proposed revised case schedule to the Court as soon as possible.

The parties are available to discuss this or other issues at Your Honor's convenience.


**quinn emanuel urquhart oliver & hedges, llp**

LOS ANGELES | 865 South Figueroa Street, 10th Floor, Los Angeles, CA  90017 | TEL (213) 443-3000 FAX (213) 443-3100
SAN FRANCISCO | 50 California Street, 22nd Floor, San Francisco, CA  94111 | TEL (415) 875-6600 FAX (415) 875-6700
SILICON VALLEY | 555 Twin Dolphin Drive, Suite 560, Redwood Shores, CA  94065 | TEL (650) 801-5000 FAX (650) 801-5100
TOKYO | Akasaka Twin Tower Main Building, 6th Floor, 17-22 Akasaka 2-Chome, Minato-ku,  107-0052 | TEL +81 3 5561-1711 FAX +81 3 5561-1712
LONDON | 16 Old Bailey, London United Kingdom | TEL +44(0) 20 7653 2000 FAX +44(0) 20 7653 2100

Respectfully submitted,


  /s/ Steven M. Hayes                                    /s/ Edward J. DeFranco
Steven M. Hayes                                          Edward J. DeFranco
HANLY CONROY BIERSTEIN FISHER &                          QUINN EMANUEL URQUHART OLIVER
HAYES                                                    & HEDGES
112 Madison Avenue, 7th Floor                            51 Madison Avenue, 22nd Floor
New York, NY 10016                                       New York, NY 10010
(212) 784-6414                                           (212) 849-7106
shayes@hanlyconroy.com                                   eddefranco@quinnemanuel.com

*Counsel for Plaintiffs*                                 *Counsel for Defendant*


Cc:     All counsel of record (*via email*)