December 28, 2009


**VIA ELECTRONIC FILING**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201


Re:   *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint request for certain amendments to the schedule in the above-referenced case.  These changes will assist in the orderly resolution of the case and avoid unnecessary discovery disputes.  This is the second requested amendment to the December 2, 2008 scheduling order; the parties previously requested scheduling amendments in a joint letter submitted April 29, 2009 and June 2, 2009.

The below chart summarizes the parties' requested revisions to the case schedule:

| Event | Revised Deadline |
|---|---|
| Filing of *Markman* briefs and disclosure and exchange of *Markman* expert reports, affidavits, or declarations. | February 22, 2010 |
| Completion of initial *Markman* expert depositions. | March 17, 2010 |
| Filing of responsive *Markman* briefs and disclosure and exchange of rebuttal *Markman* expert reports, affidavits, or declarations. | March 29, 2010 |

| Deadline for parties to serve subpoenas upon any third-party witnesses seeking the production of documents and/or deposition. | April 5, 2010 |
| --- | --- |
| Completion of rebuttal *Markman* expert depositions. | April 15, 2010 |
| Parties to serve their initial expert reports on issues for which they bear the burden of proof. | 30 days after close of fact discovery |
| Parties to serve responsive expert reports. | 30 days after initial expert reports |
| Expert depositions begin. | To begin 15 days after responsive reports |
| Filing of all summary judgment and *Daubert* motions. | 60 days after responsive reports |

Attached hereto as Exhibit A is a draft order granting these requested changes.

The parties further request that certain hearing dates and related submissions be rescheduled. Subject to the convenience of the Court, the parties propose the following revised dates:

| **Event** | **Revised Deadline** |
| --- | --- |
| Parties to file Joint Disputed Claim Terms Chart | April 16, 2010 |
| *Markman* Hearing | April 29-30, 2010 |
| Parties to file Joint Status Report | May 14, 2010 |
| Joint status conference | May 21, 2010 |
| Close of fact discovery | 60 days after *Markman* report & recommendation issues |
| Final pre-trial conference | To be set by the Court |

The parties are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| (212) 784-6414 | (212) 849-7106 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |