February 11, 2010


<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201


Re:     *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint request for certain amendments to the briefing schedule for claim construction in the above-referenced case. These changes will assist in the mutual accommodation of witness schedules for upcoming depositions, and avoid unnecessary discovery disputes. These changes would not alter the April 30, 2010 date for the claim construction hearing.

The below chart summarizes the parties' requested revisions to the case schedule:

| Event | Original Deadline | Revised Deadline |
|---|---|---|
| Filing of *Markman* briefs and disclosure and exchange of *Markman* expert reports, affidavits, or declarations. | February 22, 2010 | March 12, 2010 |
| Filing of responsive *Markman* briefs and disclosure and exchange of rebuttal *Markman* expert reports, affidavits, or declarations. | March 29, 2010 | April 9, 2010 |

01980.51462/3321353.1

Attached hereto as Exhibit A is a draft order granting these requested changes.  The parties are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| (212) 784-6414 | (212) 849-7106 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS, LLC. and DANIEL WEXLER,<br><br>                Plaintiffs,<br><br>     v.<br><br>GOOGLE, INC.<br><br>                Defendant. | Case No. 1:08-cv-03139 (RRM) (RER) |

**[PROPOSED] REVISED SCHEDULING ORDER**

The Parties having now jointly requested certain amendments to the current case schedule,

IT IS ORDERED that:

1. The parties shall file *Markman* briefs and make related exchanges and disclosures on or before **March 12, 2010**.

2. The parties shall file responsive *Markman* briefs and make related exchanges and disclosures on or before **April 9, 2010**.

3. All other provisions of the Scheduling Order, including deadlines not altered above, remain in effect.

_____
HON. RAMON E. REYES, JR.
United States Magistrate Judge

1