February 12, 2010


<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201


Re:   *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint request for certain amendments to the briefing schedule and related discovery schedule for claim construction in the above-referenced case. These changes will assist in the mutual accommodation of witness schedules for upcoming depositions. With the exception of revisions requested below, the parties do not propose altering any dates in the amended schedule entered January 4, 2010.

The changes requested below would not alter the April 30, 2010 date for the claim construction hearing.


| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Filing of *Markman* briefs and disclosure and exchange of *Markman* expert reports, affidavits, or declarations. | February 22, 2010 | March 12, 2010 |
| Completion of initial *Markman* expert depositions. | March 17, 2010 | March 29, 2010 |


01980.51462/3323292.1

| | | |
|---|---|---|
| Filing of responsive *Markman* briefs and disclosure and exchange of rebuttal *Markman* expert reports, affidavits, or declarations. | March 29, 2010 | April 9, 2010 |
| Deadline for parties to serve subpoenas upon any third-party witnesses seeking the production of documents and/or deposition. | April 5, 2010 | April 19, 2010 |
| Completion of rebuttal *Markman* expert depositions. | April 15, 2010 | April 26, 2010 |

The parties are available to discuss these matters at Your Honor's convenience.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| (212) 784-6414 | (212) 849-7106 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

01980.51462/3323292.1