**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York  10010-1601 | TEL: (212) 849-7000  FAX: (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7106**

WRITER'S INTERNET ADDRESS
**eddefranco@quinnemanuel.com**

March 11, 2010

<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re:   *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties submit this joint request for a brief extension to the due date for their opening *Markman* briefs.  Opening briefs are due to be filed this Friday, March 12th, and the parties request an extension until Tuesday, March 16th so that they may continue their discussions on certain disputed claim terms.  The parties do not currently request any change in the due date for responsive *Markman* briefs (April 9th).

Also, the parties have agreed to not file expert reports or declarations with their briefs, so the dates in the schedule for *Markman* expert depositions will no longer be necessary.  The revised schedule is as follows:

| Event | Current Deadline | Revised Deadline |
|---|---|---|
| Filing of *Markman* briefs. | March 12, 2010 | March 16, 2010 |
| Completion of initial *Markman* expert depositions. | March 17, 2010 | Obviated by Agreement. |
| Filing of responsive *Markman* briefs and disclosure and exchange of rebuttal *Markman* | April 9, 2010 | April 9, 2010 |

| | | |
|---|---|---|
| expert reports, affidavits, or declarations. | | |
| Deadline for parties to serve subpoenas upon any third-party witnesses seeking the production of documents and/or deposition. | April 19, 2010 | April 19, 2010 |
| Completion of rebuttal *Markman* expert depositions. | April 15, 2010 | Obviated by Agreement. |

The parties are available to discuss this issue at Your Honor's convenience if you would like to do so.

Respectfully submitted,

| | |
|---|---|
| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| (212) 784-6414 | (212) 849-7106 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |