March 16, 2010


<u>**VIA ELECTRONIC FILING**</u>

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, Room 263
Brooklyn, NY 11201

Re:     *Web Tracking Solutions, LLC and Daniel Wexler v. Google Inc.*, No. 1:08-cv-03139

Your Honor:

The parties conferred again today and made additional progress on claim construction.  In order to incorporate that progress into their respective submissions, the parties jointly request a final one day extension to Wednesday, March 17th to file their opening *Markman* briefs.  The parties do not currently request any change in the due date for responsive *Markman* briefs (April 9th).

The parties appreciate your consideration of this final extension.


Respectfully submitted,

| /s/ Steven M. Hayes | /s/ Edward J. DeFranco |
|---|---|
| Steven M. Hayes | Edward J. DeFranco |
| HANLY CONROY BIERSTEIN FISHER & HAYES | QUINN EMANUEL URQUHART OLIVER & HEDGES |
| 112 Madison Avenue, 7th Floor | 51 Madison Avenue, 22nd Floor |
| New York, NY 10016 | New York, NY 10010 |
| shayes@hanlyconroy.com | eddefranco@quinnemanuel.com |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |