# EXHIBIT C

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME X

Moul–Ovum

PE
1625
.O87
1989
Vol.10
Cop.1

CLARENDON PRESS · OXFORD

THE CARNEGIE LIBRARY OF PITTSBURGH
Downtown and Business Information Center

*Oxford University Press, Walton Street, Oxford* OX2 6DP
*Oxford New York Toronto*
*Delhi Bombay Calcutta Madras Karachi*
*Petaling Jaya Singapore Hong Kong Tokyo*
*Nairobi Dar es Salaam Cape Town*
*Melbourne Auckland*
*and associated companies in*
*Berlin Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press 1989*
*First published 1989*
*Reprinted (with corrections) 1991*

*All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data*
*Oxford English dictionary.—2nd ed.*
*1. English language-Dictionaries*
*I. Simpson, J. A. (John Andrew), 1953-*
*II. Weiner, Edmund S. C., 1950-*
*423*
*ISBN 0-19-861222-2 (vol. X)*
*ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data*
*The Oxford English dictionary.—2nd ed.*
*prepared by J. A. Simpson and E. S. C. Weiner*
*Bibliography: p.*
*ISBN 0-19-861222-2 (vol. X)*
*ISBN 0-19-861186-2 (set)*
*1. English language—Dictionaries.   I. Simpson, J. A.*
*II. Weiner, E. S. C.   III. Oxford University Press.*
*PE1625.087 1989*
*423—dc19    88-5330*

*Data capture by ICC, Fort Washington, Pa.*
*Text-processing by Oxford University Press*
*Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.*
*Manufactured in the United States of America by*
*Rand McNally & Company, Taunton, Mass.*

*Allbutt's Syst. Med.* III. 874 When once the symptoms have become definite. 1898 *Daily* ...Mar. 3/5 A rail-chair had been placed on the rails. ...impact was so severe as to smash the obstruction guard in front of the engine. 1934 *Jrnl. R. Aeronaut. Soc.* ... The Air Ministry specified the number and ...of obstruction lights which had to be fitted to each ...*Civil Land Aerodrome Lighting* (B.S.I.) 9 ...*Guide* 1960 ..light, a light indicating the presence of an obstruction.

**obstructionary**, *a. rare.* [f. OBSTRUCTION + -ARY.] Tending or disposed to obstruct.
1914 W. DE LA MARE *Froward Child* 13 He was not always ... anxious as to what kind of self was being so obstructionary. 1975 *New Yorker* 27 Oct. 77/1 There were ...not of Herr Kautz's making, that guaranteed us a ...clubroom and occasional dances, but he was ... educational and ..silently obstructionary manner, ...around in a ...operating the turntable, serving the punch, watching.

**obstructionism.** [f. OBSTRUCTION + -ISM.] The practice of systematic obstruction, as in a legislative body.
1879 *Pall Mall Budget* 12 Sept., If obstructionism were to become extinct immediately, it would not have passed away without leaving a lasting..impression upon the character of the English House of Commons. 1941 W. S. CHURCHILL *Second World War* (1950) III. 752 Please report to me any signs of..obstructionism. 1955 *Times* 9 Aug. 11/4 Obstructionism is a game two can play. What is required to solve the difficulty is sincerity on both sides. 1964 S. BRITTAN *Treasury under Tories* ii. 61 He would not dream of indulging in the narrow-minded obstructionism of some of his predecessors. 1977 *Time* 5 Sept. 35/1 O'Neill made it clear to Georgia's crusty John Flynt, chairman of the ethics committee, that neither he nor Jaworski would tolerate any obstructionism.

**obstructionist** (əbˈstrʌkʃənɪst). *sb.* (and *a.*) [f. prec. + -IST.] One who advocates or systematically practises obstruction, esp. in reference to the proceedings of a legislative body. Also *attrib.* or as *adj.*
1846 R. BELL *Canning* 341 Luckily there is always an obstructionist in the House of Commons..to start up with an objection by way of rider to the very climax of unanimity. 1862 *Westm. Rev.* Jan. 60 Obstructionists make heretics, and heretics make obstructionists. 1879 *Pall Mall Budget* 12 Sept., The mischief which obstructionist impunity has already worked. 1882 *Tribune* (N.Y.) 5 Apr., It is hard to see what motive could have influenced the Democrats to act as obstructionists in this matter. 1882 GODKIN in *19th Cent.* Aug. 187 The scenes of disorder prepared by the Irish obstructionists last winter. 1934 C. LAMBERT *Music Ho!* IV. 112 They were..obstructionist rather than constructionist. 1965 [see FILIBUSTER *sb.* 4]. 1966 M. R. D. FOOT *SOE in France* ii. 11 Petty obstructionists of this kind lay about SOE's path all its life, and some have pursued it since its winding-up. 1975 *New Yorker* 26 May 94/2 The late nineteen-forties, when another President got himself returned to office by blaming nearly everything that was wrong with the country on an obstructionist Congress controlled by the opposing party.

**obstructive** (əbˈstrʌktɪv), *a.* (*sb.*) [f. L. *obstruct-*, ppl. stem (see OBSTRUCT *v.*) + -IVE: cf. F. *obstructif, -ive* (1690 in Hatz.-Darm.).]
1. Having the quality of obstructing; tending to obstruct; causing impediment. Const. *of, to*.
1611 COTGR., *Oppilatif*, oppilatiue, obstructiue, stopping. 1637-50 Row *Hist. Kirk* (1842) 204 The King..knowing how obstructive it would proue to his purpose, sent for Bishop Blackburne. c1695 J. MILLER *Descr. New York* (1843) 12 Things..either wanting or obstructive to the happiness of New York. 1712 PRIDEAUX *Direct. Ch.-wardens* (ed. 4) 68 Nothing is to be permitted there which shall be.. obstructive of it [divine service]. 1717 *Poem Birthday K. George I*, Far from thy Brows, obstructive Slumbers shake. 1859 MILL *Diss. & Disc.* II. *French Rev. in 1848.* 402 Suppose it [a second Chamber] constituted in a manner, of all others, least calculated to render it an obstructive body. 1865 M. ARNOLD *Ess. Crit.* ii. (1875) 59 Academies may be said to be obstructive to energy and inventive genius. 1866 GEO. ELIOT *F. Holt* II. xxx. 227 This angry haste..might some day.. be obstructive of his own work. 1881 MISS TONGE *Lads & Lasses Langley* iii. 128 That obstructive old aunt insisted on dusting Mr. O'Toole's parlour herself.
2. Of, pertaining to, or of the nature of obstruction of the bowels or of any bodily duct or passage.
1620 VENNER *Via Recta* v. 89 It..abstergeth obstructiue humours in the stomacke. 1876 BRISTOWE *Th. & Pract. Med.* (1878) 531 Obstructive and regurgitant disease of the aortic and mitral orifices. 1897 *Allbutt's Syst. Med.* IV. 67 The coloration of skin in these cases is usually not so deep as that found in ordinary obstructive jaundice. *Ibid.* 395 Obstructive suppression may forbid the exit of the urine.. after it has been completely formed by the kidneys.
B. *sb.* 1. An obstructive agent, instrument, or force; a hindrance.
1642 JER. TAYLOR *Episc.* (1647) 4 Episcopacy..was instituted as an obstructive to the diffusion of Schisme and Heresy. 1654 HAMMOND *Fundam.* xiii. 120 The second obstructive..is that of the Fiduciarie. 1860 TYNDALL *Glac.* II. xvii. 218 The leading mule..proved a mere obstructive.
2. One who obstructs or retards progress in legislation, education, parliamentary business, etc.
1856 R. A. VAUGHAN *Mystics* (1860) II. VIII. ii. 41 He must stand condemned..as one of the obstructives of his day. 1856 EMERSON *Eng. Traits, The 'Times'* Wks. (Bohn) II. 116 One by one, the people are familiarized with the reason of reform, and, one by one, take away every argument of the obstructives. 1879 SALA in *Daily Tel.* 28 June, A meddlesome and intolerant body of political obstructives who called themselves the Constitutional Association. *a*1884 M.

PATTISON *Mem.* (1885) 239 Every Oxford man was a Liberal, even those whom nature had palpably destined for obstructives.
Hence **obˈstructively** *adv.*, so as to obstruct; **obˈstructivism**, the system or practice of being obstructive.
1863 MELVILLE BELL *Princ. Speech* 190 Gradually raising the point of the tongue..till it comes upon the palate obstructively, and so forms the letter D. 1870 DICKENS *E. Drood* iii, Fragments of old wall [etc.]..have got incongruously or obstructively built into many of its houses and gardens. 1885 *Academy* 19 Dec. 407/2 A fusion of fanatical obstructivism with official corruption.

**obˈstructiveness.** [f. prec. + -NESS.] Obstructive quality or practice.
1727 in BAILEY vol. II. 1856 FROUDE *Hist. Eng.* (1858) II. vi. 4 In..nominations to the religious houses, the superiors ..residing abroad had equal facilities for obstructiveness. 1884 *Spectator* 12 July 904/2 The mischievous obstructiveness of the House of Lords.

**obstructor** (əbˈstrʌktə(r)). Also 7 -our, 7-9 -er. [agent-n. on L. type, f. *obstruĕre* to OBSTRUCT: cf. *constructor*, *instructor*.] One who or that which obstructs, stands in the way of, or impedes; a hinderer; an opponent of progress.
1649 J. GOODWIN (title) The Obstructours of Justice. 1665 WALTON *Life Hooker* in *H.'s Wks.* (1888) I. 34 The common people became so fanatic, as to believe the bishops to be Antichrist, and the only obstructors of God's Discipline. 1672 W. DE BRITAINE *Dutch Usurp.* 33 The Hollanders are the great Supplanters of Trade, and Obstructers of Commerce. 1755 JOHNSON, *Obstructer*, one that hinders or opposes. 1884 *Manch. Exam.* 22 May 5/1 [He] had chosen to turn himself into a deliberate obstructor of Irish measures.

**obstruent** (ˈɒbstruːənt), *a.* and *sb.* [ad. L. *obstruent-em*, pr. pple. of *obstru-ĕre* to OBSTRUCT.]
A. *adj.* Obstructing; *Med.* closing up the ducts or passages of the body: cf. DEOBSTRUENT.
1755 JOHNSON, *Obstruent*, hindering, blocking up. 1827 W. G. S. *Exc. Vill. Curate* 132 If you subject me to such obstruent interruptions as these. 1857 MAYNE *Expos. Lex.*, *Obstruens*, shutting or closing up; applied to medicines: obstruent. 1892 in *Syd. Soc. Lex.* 1945 R. HARGREAVES *Enemy at Gate* 27 Cold, flabby, capricious, obstruent, and quite femininely vindictive, he was a creature of almost supernal selfishness, timidity and irresolution. 1973 J. WAINWRIGHT *Pride of Pigs* 70 The object of the exercise was to demolish any obstruent bushel likely to get in the way of his particular light.
B. *sb.* a. Something that obstructs, an obstruction. b. *Med.* A medicine which closes the orifices of ducts or vessels, or the natural passages of the body.
1669 W. SIMPSON *Hydrol. Chym.* 32 Vitiated by such an obstructive coagulative salt according to the strength and degree of the obstruent. 1888 A. S. WILSON *Lyric Hopeless Love* lxix, Some obstruent to clear away. 1892 in *Syd. Soc. Lex.*
c. *Phonetics.* Also *erron.* obstruant. A fricative or plosive speech sound. Also *attrib.* and *Comb.*
1942 *Language* XVIII. 13 The first member of a cluster of two obstruents (stop or spirant) is voiceless. 1952 W. P. LEHMANN *Proto-Indo-European Phonol.* ii. 7 We then arrive at three classes of phonemes: 1. those which may not function as syllabics will be called obstruents. 1955 C. F. HOCKETT *Man. Phonol.* 97 A number of obstruent consonant systems include no symmetric set at all. 1956 J. WHATMOUGH *Language* iii. 36 Sounds which are partially or completely stopped at some point—between the larynx and the lips (these are known as obstruents), e.g. *p:k*, or *f:χ*. 1962 *Word* XVIII. 312 Post-vocalic consonants cluster in exactly the opposite direction, right to left, with privilege of occurrence of more than one consonant from an obstruent group, as many as three lenes or four fortes, but never a lenis after a fortis. 1963 ERVIN & MILLER in J. A. Fishman *Readings Sociol. of Lang.* (1968) 71 Vowel distinctions are learned first. The order of acquisition for the remaining features is: (*a*) vowels *vs.* consonants; (*b*) sonorants *vs.* articulated obstruants [etc.]. 1965 N. CHOMSKY *Aspects of Theory of Syntax* iv. 168 If the second consonant is a liquid, the first must be an obstruent. 1969 *Language* XLV. 248 We may symbolize the elements involved as C (any obstruent), R (any 'resonant' or semivowel) and V (any vowel). 1970 *Canad. Jrnl. Linguistics* XV. 122 Two examples [of persistent rule] are the well known devoicing of the final obstruants in German..and the loss of final /n/ in Livonian. 1973 A. H. SOMMERSTEIN *Sound Pattern Anc. Greek* ii. 26 The derivation of [n] from /nt/ is by Obstruent Dropping. 1975 *Language* LI. 528, I observed that the alternation between distinctively paired obstruents such as [p-b, t-d, k-g] had to be stated as a morphophonemic regularity. 1977 *Trans. Philol. Soc.* 1975 4 It is clear that a certain class of obstruent-final stems has the property of having inflected forms where the stem-final obstruents differ in voicing from those in the simplex forms.

†**obˈstruse**, *a.*, erron. form of ABSTRUSE (formerly frequent, after *obstrūsus*, false reading in L.).
1604 T. WRIGHT *Passions* v. §2. 168 In such an obstruse difficultie, he that speaketh most apparently and probably, saith the best. 1683 MOXON *Mech. Exerc., Printing* 367 Obstruce Words and Phrases. *a*1734 NORTH *Exam.* I. ii. §18 (1740) 39 If we sink..to his more obstruse Reaches.

**obstupefacient** (-ˈfeɪʃɪənt), *a.* [ad. L. *obstupefacient-em*, pr. pple. of *obstupefacĕre*: see below and -ENT.] Stupefying; in *Med.* = narcotic.
1857 in MAYNE *Expos. Lex.* 1892 in *Syd. Soc. Lex.*

**obstupeˈfaction**, *a.* (*sb.*) *Obs. rare⁻¹*. [ad. L. *obstupefact-us*, pa. pple. of *obstupefac-ĕre*: see next.] Stupefied, stupid; as *sb.* a stupid person.
1601 B. JONSON *Poetaster* v. iii, *Hor.* How now, Crispinus? *Crisp.* O.—obstupefact. *Tib.* Nay, that we all are.

†**obstupeˈfaction.** *Obs. rare.* [n. of action f. *obstupefacĕre* to render senseless, f. *ob-* (OB- 1 b, d) + *stupefacĕre* to make stupid.] The fact or condition of being stupefied; stupefaction.
1625 JACKSON *Creed* v. xi. §1 That obstupefaction wherein our souls..are miserably drenched by their delapse into these bodily sinks of corruption. 1664 H. MORE *Myst. Iniq.* 436 Whether those..doe it..rather in a kind of confusion and obstupefaction of mind out of fear and suspicion.

†**obstupeˈfactive**, *a. Obs. rare⁻¹.* [f. L. *obstupefact-* (see prec.) + -IVE.] Tending to stupefy.
*a*1633 ABP. ABBOT (J.), The force of it is obstupefactive, and no other.

**obstupefy** (əbˈstjuːpɪfaɪ), *v.* [f. L. *obstupefacĕre* (see above), after STUPEFY.] *trans.* To stupefy, esp. mentally.
1613 JACKSON *Creed* I. xii. § 1 So had the diuels..sought to work wonders about the Egyptian idols, which did obstupifie the people. 1660 H. MORE *Myst. Godliness* IV. i. 138 Some Lethargical or obstupifying disease. 1708 *Brit. Apollo* No. 36. 2/1 To Paradigmatize and..explain all obstupifying Quiddities. 1889 C. PRITCHARD *Occas. Th. Astron.* 167 You cannot obstupefy such a man.

†**obstuˈpescence.** *Obs. rare.* [f. L. *obstupēscent-em*, pr. pple. of *obstupēscĕre* (*obstipēscĕre*) to become stupefied: see -ENCE.] The condition of being in a stupor.
1597 A. M. tr. *Guillemeau's Fr. Chirurg.* 52 b/2 The obstupescence and feare wherwith the..faynte-harted are often-times taken. 1857 MAYNE *Expos. Lex.*, *Obstupescentia*, old term for..that state when the patient remains still, with open eyes, as if astonished, and neither moves or speaks: obstupescence. 1892 in *Syd. Soc. Lex.*

†**ˈobstuprate**, *v. Obs. rare⁻¹.* [f. ppl. stem of L. *obstuprāre*, f. *ob-* (OB- 1 b) + *stuprāre* to ravish.] *trans.* To ravish; = CONSTUPRATE.
1658 BROMHALL *Treat. Specters* IV. 265 Snatching a ring from her father that did obstuprate her, delivered it to her Nurse.

†**obˈsurd**, *v. Obs. trans.* To make dull of hearing, deafen.
1639 J. WELLES *Soules Progr.* 109 Old age..dimmed with blindness, obsurded with deafenes.

**obtain** (əbˈteɪn), *v.* Forms: 5-6 ob-, op-, -teyne, -tayne, -teigne, -teygne, (5 optyne), 6 obtaigne, opteine, (*Sc.* obtene, obtine, optene), 6-7 obteine, -taine, (optain(e, 7 *Sc.* obtean), 5- obtain. [ME. *obteine, -teyne, -tene*, a. F. *obten-ir* (14th c. in Littré), ad. L. *obtinēre*, f. *ob-* (OB- 1 b) + *tenēre* to hold, keep. Cf. CONTAIN.]
1. *trans.* To come into the possession or enjoyment of (something) by one's own effort or by request; to procure or gain, as the result of purpose and effort; hence, generally, to acquire, get.
c1425 LYDG. *Assembly of Gods* 2085 And so the vyctory shall ye obteyne. 1432-50 tr. *Higden* (Rolls) I. 291 Men of Norway..saylenge from Denmarke, opteynede and inhabite that grownde, callenge hit Normandy. 1490 CAXTON *Eneydos* x. 40 [Eneas] opteyned her grace for to soiourne. 1526 TINDALE *Matt.* v. 7 Blessed are the mercifull: for they shall obteyne mercy. 1548-9 (Mar.) *Bk. Com. Prayer* Coll. 23rd Sund. aft. Trin., Graunt that those thynges which we aske faythfully we maye obteine effectually. 1651 HOBBES *Leviath.* II. xxvii. 154 Obtaining Pardon by Mony, or other rewards. 1756 C. LUCAS *Ess. Waters* III. 278 Gilded shillings..had obtained the name of Bath guineas. 1800 tr. *Lagrange's Chem.* I. 223 The precipitate obtained is sulphite of barytes. 1860 TYNDALL *Glac.* I. xx. 138, I climbed..to obtain a general view of the surrounding scene. 1890 MERCIER *Sanity & Insanity* x. 261 The process of obtaining a livelihood.
b. With *obj. cl.* expressing what is granted in answer to a request. Now *rare* or *Obs.*
1432-50 tr. *Higden* (Rolls) V. 397 Opteynynge unnethe of God that þe sawles of the monastery scholde be salvede. 1460 CAPGRAVE *Chron.* 235 The abbot opteyned that there schuld no prioure longing to Seynt Albonne..be compelled for to gadere the dymes to the King. *a*1648 LD. HERBERT *Hen. VIII* (1683) 318 They obtained that Francisco Sforza should be admitted to the Emperors prescence. 1737 WHISTON *Josephus Hist.* I. xvi. §7 Macheras..earnestly begged and obtained that he would be reconciled. 1844 KINGLAKE *Eothen* 101, I obtained that all of them..should sit at the table.
† c. With *inf. obj.* expressing what is got *from, of* a person; = to prevail upon. *Obs.*
1681 DRYDEN *Abs. & Achit.* To Rdr., I could not obtain from myself to show Absalom unfortunate. 1742 RICHARDSON *Pamela* III. 227 The Gentlemen..obtained of Miss to play several Tunes on the Spinnet. 1751 *Female Foundling* I. 172 It was with Difficulty..I had obtained from myself to have this Conversation.
d. *absol.* (Cf. 4.)
1526 TINDALE *1 Cor.* ix. 24 So runne that ye maye obtayne. 1599 B. JONSON *Cynthia's Rev.* I. Wks. (Rtldg.) 73/1 *Echo.*.Vouchsafe me, I may do him these last rites... *Mer.* Thou dost obtain. 1854 WHITTIER *Hermit of the Thebaid* iii, The simple heart, that freely asks In love, obtains.

Case 1:08-cv-03139-RRM -RER   Document 49-3   Filed 03/17/10   Page 4 of 9

OBTAINABILITY    670    OBTENTION

Case 1:08-cv-03139-RRM -RER   Document 49-3   Filed 03/17/10   Page 5 of 9

**OBTAINABILITY**

†2. a. With *pa. pple.* as *compl.* To procure something to be done: = GET *v.* 28 a. b. With *inf.* as *compl.* To induce, prevail upon (a person) *to do* something: = GET *v.* 30. *Obs. rare.*

1425 Paston Lett. I. 21 Sir John Paston..hath optyned me condempnyd to hym in ccc[vij] marcz. 1592 Nobody & Someb. 595 in Simpson Sch. Shaks. (1878) I. 300 He..will not be obtained To take upon him this Realmes government.

†3. To gain, win (a battle or other contest).

*a* 1470 TIPTOFT *Cæsar* i. (1530) 2 All the battels which he obteynyd in France. 1615 G. SANDYS *Trav.* I. 4 That memorable Sea-battell there obtained against the Turk. *o* 1649 WINTHROP *Hist. New Eng.* (1853) II. 142, I might have obtained the cause I had in hand.

4. *intr.* To win the victory, gain the day, prevail; to succeed, prosper. *Obs.* or *arch.*

*c* 1425 LYDG. *Assembly of Gods* 1311 When olde Attropos had seen and herde..How Vertew had opteynyd. *c* 1440 *Gesta Rom.* I. xxxiv. 134 Pes, herynge..that mercy, hir sistre, myght not opteyne ne prevayle in hir purpose. 1526 R. WHYTFORD *Martiloge* (1893) 74 For whose eleccyon was a sysme, but he obreyned, and well ruled. 1642 MILTON *Apol. Smect.* Wks. (1847) 79/2 Too credulous is the confuter, if he think to obtain with me. 1701 SWIFT *Contests Nobles & Comm. Athens & Rome* iii, This, though it failed at present, yet afterwards obtained. 1847 TENNYSON *Princ.* VII. 56 Less prosperously the second suit obtain'd.

5. To attain to, get as far as, reach, gain.

†a. *intr.* with *to, unto*: To get to. *Obs.*

1477 EARL RIVERS (Caxton) *Dictes* 37 Aske forgeuenesse.. of god, and in thy self so doyng, thou mayest opteyne vnto hys grace. 1555 EDEN *Decades* To Rdr. (Arb.) 51 Salomon ..obteyned by his nauigations to Ophir. 1581 SIDNEY *Apol. Poetrie* (Arb.) 34 The Poets haue obtained to the..top of their profession. 1625 BACON *Ess., Simulation* (Arb.) 507 If a Man cannot obtaine to that Iudgment.

b. *trans.* To attain, reach, gain. *Obs.* or *arch.*

1589 HAKLUYT *Voy.* 817 His consorts, whereof one..hath not long since obtayned his port. 1733 P. SHAW tr. *Bacon's De Sap. Vet.* iii. Expl., Philos. Wks. I. 561 The End is seldom obtained. 1774 GOLDSM. *Nat. Hist.* (1776) IV. 316 If once the lama obtains the rocky precipice. 1830 SCOTT *Demonol.* (1831) 384 The vivacity of fancy..dies within us when we obtain the age of manhood.

†c. with *inf.* To attain or come *to be, to do*, etc.; to get opportunity, permission, ability, etc. *to do* something; to succeed in doing something. *Obs.*

1526 SKELTON *Magnyf.* 1815, I trust we shall opptaine To do you servyce. *a* 1586 SIDNEY *Arcadia* (1622) 35 Clitophon by vehement importunitie obtained to goe with him. *a* 1688 CUDWORTH *Immut. Mor.* (1731) 117 The weaker Murmurs ..cannot obtain to be heard. 1703 MAUNDRELL *Journ. Jerus.* (1732) 7 It was not without much importunity that we obtain'd to have the use of a dry part of the House.

†6. To hold; to possess; to occupy. [A Latin sense.] *Obs.*

1482 *Monk of Evesham* (Arb.) 92 To haue and opteyne hem yn my lappe or holde hem in my harmys. *c* 1530 LD. BERNERS *Arth. Lyt. Bryt.* (1814) 458 Who shal kepe and obtaine this countre after vs, syth that Arthur..is deed. 1671 MILTON *P.R.* I. 87 He who obtains the Monarchy of Heav'n. 1710 BERKELEY *Princ. Human Knowl.* I. §121 Varying the signification of each figure [in Arabic notation] according to the place it obtains.

7. *intr.* To prevail; to be prevalent, customary, or established; to be in force or in vogue; to hold good, have place, subsist, exist. [? Allied to 4 or 6.]

1618 HALES *Gold. Rem.* II. (1673) 66 Their opinions have now obtained for a hundred years. 1640 BP. HALL *Humb. Remonstr.* 17 That forme of Episcopal Government, which hath hitherto obtained in the Church. 1732 BERKELEY *Alciphr.* v. §13 A practice..which obtains only among the idle part of the nation. 1764 REID *Inquiry* i. §3 Laws of nature which universally obtain. 1842 GROVE *Corr. Phys. Forces* 75 Static equilibrium, such..as that which obtains in the two arms of a balance. 1890 LD. ESHER in *Law Times Rep.* LXIII. 731/2 The new mode, which now obtains, of drafting Acts of Parliament so as to legislate by incorporating other Acts of Parliament.

†b. *pass.* = prec. sense. *Obs. rare.*

1529 MORE *Dyaloge* IV. Wks. 283/1 Which thing had vndoubtedly neuer been obteined among y[e] people..if god had not broughte it vp hymselfe. 1565 JEWEL *Repl. Harding* (1611) 410 Him, that is the Priest, or Elder, he calleth the Sacrificer..And the same word, Sacrificer, is now obteined by Custome.

Hence ob'tained *ppl. a.*, ob'taining *vbl. sb.*

1495 *Act 11 Hen. VII, c.* 53 *Preamble,* Your moost victorius opteynyng agayns Richard. 1539 J. FOSTER in Ellis *Orig. Lett. Ser.* 1. II. 112 For the optaynyng of hys gracyous pardon. *a* 1548 HALL *Chron., Hen. VII,* 4 In the very begynnyng of his newe obteyned reigne. *a* 1691 BOYLE *Hist. Air* (1692) 19 Whether these obtained substances ought to be looked upon as true air. 1875 WHITNEY *Life Lang.* ii. 23 The advantage won by the mind in the obtaining of a language.

**obtainability** (əb,teɪnə'bɪlɪtɪ). [f. OBTAINABLE *a.*: see -ITY.] The quality or state of being obtainable; capability of being obtained.

1932 H. H. PRICE *Perception* vii. 177 The existence or obtainability of the other sense-data. 1933 *Mind* XLII. 294, I fail to distinguish these merely entertained and probably false (in any case unverifiable) propositions as to the present and simultaneous actuality of the, as yet, unsensed senses, from that believed and probably true one as to their successive obtainability. 1971 *Analysis* XXXII. 55 The obtainability of the conditional.

**obtainable** (əb'teɪnəb(ə)l), *a.* [f. OBTAIN *v.* + -ABLE.] That may be obtained or got; procurable.

1617 HIERON *Wks.* II. 198 We see which is the onely ioy: III. xxxi. 285 Effects..by no means obtainable by the moving force immediately applied. 1879 PROCTOR *Pleas. Ways Sc.* i. 4 At all obtainable temperatures, and under all obtainable conditions of pressure.

**obtainal** (əb'teɪnəl). *rare.* [f. as prec. + -AL[1].] = OBTAINMENT.

1803 W. TAYLOR in *Ann. Rev.* I, 355 That commerce.. which is carried on with the richest nation..is most favourable to the obtainal of capital. 1869 *Daily News* 20 Mar., The obtainal of a supplementary charter, to enable the University [of London] to grant certificates of proficiency to women. 1883 *Pall Mall G.* 22 June 2/2 The concentration of all efforts on the obtainal on high prices for landlords selling their estates.

**ob'tainance.** *rare.* [f. as prec. + -ANCE.] = OBTAINMENT.

1846 H. W. TORRENS *Rem. Mil. Hist.* 110 The great and only resource for the obtainance of victory.

**obtainer** (əb'teɪnə(r)). [f. as prec. + -ER[1].] One who obtains; a gainer, winner; a getter.

1540 in R. G. Marsden *Sel. Pl. Crt. Adm.* (1894) I. 96 The obtayner therof owyth by the said custom..to be preferryd *omnibus aliis creditoribus*. *a* 1548 HALL *Chron., Hen. VII,* 26 b, The more renowmed is the glory, and the fame more immortall of the vanquisher and obteyner. 1651 N. BACON *Disc. Govt. Eng.* II. vi. (1739) 32 All obtainers of provisions in the Court at Rome. 1755 JOHNSON, *Obtainer,* he who obtains. 1861 COSMO INNES *Sk. Early Scotch Hist.* 259 The obtainer of the Papal and Royal privileges for the University.

**ob'taining,** *ppl. a.* [f. OBTAIN *v.* + -ING[2].] That obtains; winning; prevailing, prevalent (obs.).

1682 T. FLATMAN *Heraclitus Ridens* No. 77 (1713) II. 224 The Word Confirmation..in the Grammatical and most obtaining sense, signifies a strengthening or corroborating. 1803 MARY CHARLTON *Wife & Mistress* I. 191 A charming creature, who sings like an angel, and will be very obtaining ..when she gets amongst them! *Ibid.* IV. 121 The result of the experiment will very shortly..prove it,..I believe it is on the eve of becoming very obtaining.

**obtainment** (əb'teɪnmənt). [f. as prec. + -MENT.] The action of obtaining or getting.

1571 GOLDING *Calvin on Ps.* li. 12 For obteynment of forgivenesse of his sinnes. 1677 GALE *Crt. Gentiles* II. IV. 33 Every one is delighted in the obtainement of what he loves. 1802-12 BENTHAM *Ration. Judic. Evid.* (1827) I. 224 A species of fraudulent obtainment, the punishment of which consisted of transportation for three years. 1884 H. SPENCER in *Contemp. Rev.* July 39 Nutrition presupposes obtainment of food.

b. Something obtained.

1829 E. JESSE *Jrnl. Naturalist* 55 Grants from manorial lords for permission thus to feed them [swine] were recorded with care as valuable obtainments.

**obtalmia,** obs. form of OPHTHALMIA.

**obtect** (əb'tɛkt), *a. Entom. rare-*0. [ad. L. *obtect-us* covered over: see next.] = next. In mod. Dicts.

**obtected** (əb'tɛktɪd), *ppl. a. Entom.* [f. L. *obtect-us,* pa. pple. of *obtegĕre* to cover over + -ED.] a. Covered by a neighbouring part, as the hemielytra of some *Hemiptera* by the enlarged scutellum. b. Applied to the form of pupa characteristic of the *Lepidoptera*, in which the limbs, etc. of the future insect are indistinctly discernible through the outer covering (opp. to *coarctate*); in later use sometimes extended to all pupæ in which the whole body and limbs are enclosed in a horny case (including *coarctate*). Also said of the metamorphosis in which such pupæ occur.

1816 KIRBY & SP. *Entomol.* (1843) I. 52 Those of all lepidopterous insects..by Linné are denominated obtected pupæ. 1826 *Ibid.* IV. 335 Obtected (*Obtecta*). When the Hemelytra are covered by a scutelliform mesothorax. *Ibid.* 431 Metamorphosis incomplete. Metamorphosis obtected. 1888 ROLLESTON & JACKSON *Anim. Life* 152 The obtected pupa is either angular, as in the majority of *Lepidoptera* with club-shaped antennæ..or it is conical, as in *Sphinx*.

**obtectovenose** (əb,tɛktəʊviː'nəʊs), *a. Bot.* [f. L. *obtect-us* covered over, veiled + *venōsus* VENOUS, f. *vena* vein.] Applied to a leaf having the principal and longitudinal veins connected by simple cross-veins.

1866 LINDLEY in *Treas. Bot.*

**obtemper** (əb'tɛmpə(r)), *v.* [a. F. *obtempér-er* (14th c. in Hatz.-Darm.) ad. L. *obtemperāre* to obey, f. *ob-* (OB- 1 a) + *temperāre* to qualify, temper, to restrain oneself.]

1. To comply with, yield to, submit to, obey; now only in *Sc. Law,* to obey (a judgement or order of a court). a. *trans.*

*c* 1489 CAXTON *Blanchardyn* xxv. 93 But for to obtempre youre request, for this tyme I graunte hym his lyf. 1535 STEWART *Cron. Scot.* II. 12 The lordis..wald nocht obtemper his command. 1637-50 ROW *Hist. Kirk* (1842) 59 Being asked, if he would obtemper and obey the Act of the Assemblie. 1728 *Wodrow Corr.* (1843) III. 402 Refusing to obtemper the Acts of Assembly. 1884 *Edinburgh Courant* 12 Mar. 3/2 Lord Adam..granted decree of Absolvitor, pursuer having failed to obtemper Lord Fraser's order.

†b. *intr.* with *to*: To be obedient. *Obs.*

1491 CAXTON *Vitas Patr.* (W. de W. 1495) II. 185 b/1 To theys wycked wylles..to obtempre or be agreable. 1536 BELLENDEN *Cron. Scot.* (1821) II. 91 Kinnatil, devotely obtemperand to Sanct Colme, randerit his saule to God. 1584 HUDSON *Du Bartas' Judith Ded.,* The fervent desire I had to obtemper vnto your Majesties commandement.

†2. *trans.* To temper, restrain. *Obs. rare.*

1535 STEWART *Cron. Scot.* II. 94 Thir tuo kingis wald nocht heir thair desyre, Nor 3it no way obtemper wald thair ire.

†**obtemperate,** *ppl. a. Obs.* Also 6-7 *Sc.* -at. [ad. L. *obtemperāt-us,* pa. pple. of *obtemperāre:* see prec.] a. as *adj.* Obedient, submissive. b. as *Sc. pa. pple.* of next: Obeyed, complied with.

1432-50 tr. *Higden* (Rolls) II. 213 The body scholde be obtemperate [*Trev.* buxom] to the sawle. 1533 BELLENDEN *Livy* I. (1822) 51 Ye wald sone have obtemperat, and obeyit my chargis. 1676 Row *Contn. Blair's Autobiog.* xii. (1848) 446 Others who had not obtemperat the act.

**obtemperate** (əb'tɛmpəreɪt), *v.* [f. *obtemperāt-,* ppl. stem of *obtemperāre:* see OBTEMPER.]

1. = OBTEMPER 1. a. *trans.*

1432-50 tr. *Higden* (Rolls) VII. 219 Duke Haroldc thenkynge better to obtemperate and favoure the cuntre raþer then the private profite of his broþer. 1611 COTGR., *Obtemperer,* to obtemperate, obey. 1653 A. WILSON *Jas. I,* 104 The King had fit Instruments..that could fit and obtemperate the Kings humour. 1766 W. GORDON *Gen. Counting-ho.* 340 When the order given is obtemperated by acceptance. 1865 *Blackw. Mag.* Sept. 343 After a violent quarrel the guides obtemperated his commands.

b. *intr.* with *to*: To be obedient.

*c* 1532 DU WES *Introd. Fr.* in Palsgr. 1036 Desirynge..to obtemperate to his pleasur & affection. 1884 A. A. WATTS *Life Alaric Watts* I. 33 To this suggestion he flatly declined to obtemperate. 1889 *Sat. Rev.* 20 July 64/1 The Marxists refused to obtemperate to any such demand.

†2. = OBTEMPER 2. *Sc. Obs. rare.*

1560 ROLLAND *Crt. Venus* III. 283 Quhairfoir we wald that 3e obtemperat 3our will with wit, and 3our mind mitigat.

So †**ob'temperance,** †**obtempe'ration.** *Obs.*

1623 COCKERAM, *Obtemporance,* obeying. 1611 COTGR., *Obtemperation,* obtemperation, obedience. 1658 PHILLIPS, *Obtemperation,* an obeying, a yielding obedience.

†**ob'tend,** *v. Obs.* [ad. L. *obtend-ĕre* to spread in front of, f. *ob-* (OB- 1 a) + *tendĕre* to stretch.]

1. *trans.* To put forward as a statement, reason, etc.; to pretend, allege, maintain.

1573 *Satir. Poems Reform.* xl. 33 The force of men gif ony will obtend, Kinred, or friends to be ane gaird maist strang, All is bot vane. 1609 HUME *Admonit.* in *Wodrow Soc. Misc.* 574 Ye obtende also the releif of the Kirk. 1700 DRYDEN *Iliad* I. 161 Obtending heav'n for whate'er ills befal.

2. To hold out; to present in opposition; to oppose.

1697 DRYDEN *Æneid* x. 126 And for a Man obtend an empty Cloud. 1725 POPE *Odyss.* XXII. 88 Draw forth your swords, And to his shafts obtend these ample boards.

**obtenebrate** (əb'tɛnɪbreɪt), *v.* [f. L. *obtenebrāt-,* ppl. stem of *obtenebrāre* to darken, f. *ob-* (OB- 1 a, b) + *tenebrāre* to make dark, *tenebræ* darkness.] *trans.* To cast a shadow over; to overshadow, shade, darken.

1611 COTGR., *Obtenebrer,* to obtenebrate, obscure, darken. 1626 AILESBURY *Passion-serm.* 29 In Mount Calvary all is obtenebrated. 1649 BULWER *Pathomyot.* I. vi. 35 Rationation, which should direct and moderate the phansie, is more obtenebrated. 1819 H. BUSK *Vestriad* I. 518 Clouds obtenebrate the solar light.

**obtene'bration.** [ad. late L. *obtenebrātiōn-em,* n. of action from *obtenebrāre:* see prec.] The action of overshadowing, or condition of being overshadowed; darkening.

1626 BACON *Sylva* §725 In every Megrim, or Vertigo, there is an Obtenebration joyned with a Semblance of Turning Round. 1669 GALE *Crt. Gentiles* I. III. x. 99 The Obtenebration of the Sun, Moon, Stars, and Light. 1881 E. M. BODDY *Hist. Salt* ii. 25 The dense obtenebration with which the object is surrounded.

†**ob'tenebrize,** *v.* [See -IZE.] = OBTENEBRATE.

1653 W. SCLATER *2nd Fun. Serm.* (1654) 13 The Beauty of the Saints is much obtenebrized and obscured.

†**ob'tension.** *Obs. rare-*0. [n. of action from *obtendĕre* to OBTEND: cf. *extension*; the L. form was *obtentio.*] The action of obtending.

1755 in JOHNSON. (No quotation.)

†**ob'tent,** *sb. Obs.* [a. OF. *obtent* (in phr. *pour obtent de* out of regard to), ad. L. *obtent-us* a spreading before, pretext, pretence, f. ppl. stem of *obtendĕre* to OBTEND.] Purpose, intent.

1430-50 tr. *Higden* (Rolls) V. 53 Origenes..did gelde hym selfe..for the obtente and wille of chastite.

†**ob'tent,** *ppl. a. Obs.* [ad. L. *obtent-us,* pa. pple. of *obtinēre* to OBTAIN.] Obtained, procured.

1432-50 tr. *Higden* Harl. Contin. (Rolls) VIII. 463 Absente..withowte licence obtente off theire prelates.

**obtention** (əb'tɛnʃən). [a. F. *obtention* (1525 in Godef.), n. of action from *obtenir,* L. *obtinēre*, *obtent-* to OBTAIN: cf. *detention, retention.*] The action of obtaining; obtainment.

1624 F. WHITE *Repl. Fisher* 521 The Fathers..speake of obtention and impetration. 1711 *Light to Blind* in *10th Rep. Hist. MSS. Comm.* App. v. 148 Not satisfied with the obtention of those little advanced posts. 1790 WOLCOTT (P.

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME IV

Creel–Duzepere

CLARENDON PRESS · OXFORD

OCT 11 1995

MF
PE
1625
.O87
1989
Vol. 4
Cop. 1

THE CARNEGIE LIBRARY OF PITTSBURGH
Downtown and Business Information Center

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford  New York  Toronto
Delhi Bombay Calcutta Madras Karachi
Petaling Jaya Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

© Oxford University Press 1989
First published 1989
Reprinted (with corrections) 1991

All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press

British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language–Dictionaries
I. Simpson, J. A. (John Andrew), 1953–
II. Weiner, Edmund S. C., 1950–
423
ISBN 0-19-861217-6 (vol. V)
ISBN 0-19-861186-2 (set)

Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861217-6 (vol. V)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.  I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.087 1989
423—dc19    88-5330

Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Pindar Graphics Origination, Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.

Case 1:08-cv-03139-RRM -RER   Document 49-3   Filed 03/17/10   Page 8 of 9

driver, has a meaning with us now. **1878** B. F. TAYLOR *Between Gates* 13 The down grade has begun. Let the engines take breath. **1885** *Harper's Mag.* Apr. 690/2 The train keeps on its rapid down-grade run. **1887** SPURGEON (title) Four Articles on the Down-Grade. **1888** *Pall Mall G.* 24 Apr. 11/1 The Baptist Union..both parties in the 'down-grade controversy' having marshalled their forces. **1890** *Daily News* 8 Dec. 2/1. **1895** *Westm. Gaz.* 19 Apr. 3/2 A study in the down-grade of a village girl from seduction..to prostitution. **1901** MERWIN & WEBSTER *Calumet 'K'* xi. 159 They'd all strike like a freight train rolling down grade.

**down-grade**, v. [f. the sb.] *trans.* To lower in grade, rank, status, estimation, or the like. So **down-grading** vbl. sb.
1930 *Sunday Times* 12 Oct. 18/4 No further down-grading of London schools should take place until the basic principles of grading have been considered. **1944** *Labor Herald* (San Francisco) 8 Dec. 6 Aircraft union join to fight downgrading pay cut drive. **1953** A. BARON *Human Kind* 97 There was a medical examination at which he was downgraded. **1955** *Times* 27 Aug. 6/6 The dispute arose from a wartime agreement under which some N.U.R. wagon shop men were upgraded to fitters. Because of the redundancy of 15 fitters, the local branch of the Amalgamated Engineering Union claimed that the N.U.R. men should be downgraded once more. **1958** *Times Lit. Suppl.* 14 Feb. 89/3 A Pordenone has been downgraded to an Amalteo. **1959** G. D. MITCHELL *Sociology* vii. 120 Non-manual employees whose subjective status is working class..have down-graded other non-manual occupations to their own estimation. **1964** F. BOWERS *Bibliogr. & Textual Criticism* v. iii. 147 A corresponding down-grading of the Folio must be made. **1969** *Times* 24 Feb. 12/5 A scientific committee..recommended that the manned flight activities should be downgraded because they 'exaggerated' one aspect of space activity.

†**down-gyved**, ppl. a. *Obs. rare.*⁻¹. [f. DOWN adv. IX. + GYVE.] Explained by Steevens as meaning 'Hanging down like the loose cincture which confines fetters round the ancles.'
1602 SHAKS. *Ham.* II. i. 80 His stockings foul'd, Vngartred, and downe giued to his Anckle.

**downhaul** (-hɔːl). *Naut.* [f. DOWN adv. + HAUL v.] (See quot. 1867.)
1669 STURMY *Mariner's Mag.* 17 All down upon your doone hall. 1727 SWIFT *Gulliver* II. i, We belayed the fore downhaul. 1840 R. H. DANA *Bef. Mast* v. 11, I..sprang forward, threw the downhaul over the windlass. 1867 SMYTH *Sailor's Word-bk.*, *Down-haul*, a rope passing up..to the upper corner of the sail to pull it down when shortening sail. Also..to the outer yard-arms of studding-sails, to take them in securely.
   b. *attrib.* **downhaul tackle** (see quot. 1867).
1762 FALCONER *Shipwr.* II. 319 Below the down-haul tackle others ply. 1867 SMYTH *Sailor's Word-bk.*, *Downhaul tackles*, employed when lower yards are struck to..prevent them from swaying about after the trusses are unrove.

†'**downhauler**. *Naut. Obs.* = prec.
1794 *Rigging & Seamanship* I. 85 The higher studdingsails..are drawn down to be furled or reefed by downhaulers. *Ibid.* 165 *Downhauler*, A rope which hoists down the stay-sails, studding-sails, and boom-sails, to shorten sail.

**downhearted** (-hɑːtɪd), a. Having the heart 'down' (see DOWN adv. 18); discouraged, low-spirited. ('A colloquial word.' Todd 1818.)
a 1774 GOLDSM. *Ess.* (L.), Come, my good fellow, don't be downhearted; cheer up. 1860 RUSKIN in Anne Ritchie *Rec. Tennyson*, etc. 29 Sept. (1892) 136, I am very glad to have your letter..having been downhearted lately. 1869 GOULBURN *Purs. Holiness* xxi. 199 To console many a downhearted Christian.
   Hence **down'heartedly** adv.; also **down'heartedness**.
1655 GURNALL *Chr. in Arm.* Introd. v. (1669) 174, I..find it come off as weakly and down-heartedly as before. a 1863 THACKERAY *Haggarty's Wife* (1887) 281 His downheartedness..surprised..his acquaintances.

†**down'held**. *Obs.* In 4 dun-, doun-, etc., -helde, -heild. [f. HELD sb., slope.] A downward slope, declivity, decline, descent (*lit.* and *fig.*).
a 1300 *Cursor M.* 3822 (Cott.) Jacob..sagh þe well be a doun heildd. *Ibid.* 5468 Negh seuen score yeir of eld Was þis iacob at his don heild [Fairf. atte his doun helde]. *Ibid.* 6431 þe sun was at dun heild [Trin. doun helde].

**downhill** (see below) sb., adv., and a.
   A. sb. ('daʊnhɪl). [f. DOWN adv.]
   1. The downward slope of a hill; a decline, declivity, descent (*lit.* and *fig.*).
1591 SYLVESTER *Du Bartas* I. ii. 39 Th' Icie down-Hils of this slippery Life. 1607 TOPSELL *Four-f. Beasts* (1658) 107 Some on horseback, other on foot, follow the cry..neither fearing thornes, woods, down-hils. 1795 BURKE *Regic. Peace* iv. Wks. IX. 119 It is not possible that the downhill should not be slid into. 1853 W. JERDAN *Autobiog.* III. xiv. 207 To cheer and solace the downhill of life.
   †**2.** *slang.* (*pl.*) False dice which run on the low numbers. *Obs.*
a 1700 B. E. *Dict. Cant. Crew*, *Down-hills*, Dice that run low. 1801 *Sporting Mag.* XVIII. 100.
   **3.** In Skiing: a downhill race.
1960 *Times* 22 Jan. 16/3 The British women's ski running championships began here to-day with the downhill.
   B. adv. (as f. DOWN prep.) Down the slope of a hill; in a descending direction; on a decline, down-wards (*lit.* and *fig.*).
1659 *Burton's Diary* (1828) IV. 348 Whether it be up-hill or down-hill. 1712 De Foe *Crusoe* I. xix. A very short cut and all down-hill. 1795 LD. AUCKLAND *Corr.* (1862) III. 313 They are going downhill..a well-concerted opposition will end the business. 1871 SMILES *Charac.* i. (1876) 17 They broke through the French and sent them flying downhill.
   C. adj. ('daʊnhɪl). Sloping or descending downwards; declining. (Also *fig.*)
1727 POPE, etc. *Art of Sinking* 71 The gentle down-hill way to the *bathos.* a 1729 CONGREVE (J.), A downhill greensward. 1782 COWPER *Lett.* 11 Nov., The downhill side of life. 1856 FROUDE *Hist. Eng.* II. 408 The monks had travelled swiftly on the downhill road of human corruption.

'**downily**, adv. *rare.* [f. DOWNY + -LY².] In a downy manner; like down or fluff.
1835 *Blackw. Mag.* XXXVIII. 639 We have detected particles of nutmeg reposing downily on the surface.

**downiness** ('daʊnɪnɪs). [f. DOWNY + -NESS.] The condition or quality of being downy; a downy growth or substance.
1670 W. SIMPSON *Hydrol. Ess.* 14 Vapours arise out of the iron which turn into a downiness. 1695 H. SAMPSON in *Phil. Trans.* XIX. 80 A Downyness upon her chin, unusual with those of her Sex. 1708 *Brit. Apollo* No. 88 2/1 A Hoary kind of Downyness. 1855 BROWNING *Men & Wom.*, *Respectability*, Your lip's contour and downiness.

**Downing Street.** [Named after Sir George Downing (c 1624–1684), British diplomat.] A short street in London running out of Whitehall towards St. James's Park and containing the Foreign Office and the official residence (No. 10) of the prime minister; hence used as a synonym for the Government (or the prime minister, or Foreign Office) of the day.
1781 A. STORER *Let.* 1 Mar. in *15th Rep. Hist. MSS. Comm.* (1897) App. VI. 467 Even though Lord North reject my application, or neglect the good-natured interference of those friends, who..have no small weight in Downing Street. 1831 LD. PALMERSTON *Let.* 1 Mar. in H. L. Bulwer *Palmerston* (1870) II. viii. 48 The French..need not wish to have truer or warmer friends than they now have in Downing Street. 1849 THACKERAY *Pendennis* I. xxxi. 308 Look! here comes the Foreign Express galloping in. They will be able to give news to Downing Street to-morrow. 1858 *Leisure Hour* 18 Nov. 728/1 The decrees and counsels of Downing Street will be heard simultaneously in Pekin or Canton. 1920 K. JONES *Fleet St. & Downing St.* 330 Thus would Fleet Street and Downing Street at last understand one another. 1920 E. H. BEGBIE *Mirrors of Downing St.* 7 The private opposition he [sc. Lloyd George] encountered in Downing Street. 1971 B. GRAHAM *Spy Trap* xvi. 112 Dmitrov..instructed him to watch for a memorandum from Downing Street.

**downione**, obs. form of DUNGEON.

†'**downish**, a. *Obs.* [f. DOWN a. + -ISH.] Somewhat dejected or directed downward.
1677 *Lond. Gaz.* No. 1177/4 One Booke Bookey, of a middle stature..full fac'd, of a downish look. 1710 in *Ballard MSS.* XXXVI. No. 24 The Whigs are very downish here upon the late changes.

**downk(e**, obs. form of DANK.

'**downland**¹. [f. DOWN sb.¹; cf. OE. *dúnland.*] Land forming downs; hilly pasture-land.
[c 1000 ÆLFRIC *Deut.* i. 7 Feld landum & dun landum.] 1842 *Penny Cycl.* XXIII. 343/2 There are also about 50,000 acres of down-land. 1884 W. J. COURTHOPE *Addison* ii. 27 Salisbury Plain, with..its open tracts of undulating downland.

'**downland**². [Cf. *upland.*] Land lying low, or sloping downwards; in quot. *attrib.*
1839 STONEHOUSE *Axholme* 399 Descending the downland lawns.

**down lead**. *Radio.* [DOWN adv. 41.] A wire that connects an elevated aerial or part of an aerial to a receiver or transmitter; a lead-in.
1913 *Work* 23 Aug. 413/2 The cerial..should be at least 100 ft. to 150 ft., including down leads. 1925 *Harmsworth's Wireless Encycl.* 729/1 Where the down lead enters the house care must be taken to secure perfect insulation. 1952 E. A. LAPORT *Radio Antenna Engin.* i. 38 The antenna consists of a large elevated capacitance area with two or more down leads that are tuned individually.

**downless** ('daʊnlɪs), a. [f. DOWN sb.² + -LESS.] Without down.
1598 MARLOWE & CHAPMAN *Hero & L.* v. 45 The downless rosy faces Of youths and maids. 1796 WITHERING *Brit. Plants* (ed. 3) III. 222 Doronicum..seeds of the circumference down-less and naked. 1872 J. C. JEAFFRESON *Woman in spite of Herself* I. 1. iv. 59 As downless and smooth-faced as any girl of eighteen summers.

**down-lie** (-'laɪ), v. To lie down, go to bed, retire to rest. (Chiefly in pres. pple. **down-lying**.)
1526 *Pilgr. Perf.* (W. de W. 1531) 88 b, Prayer is moche necessary at all tymes, bothe vprysynge and downlyenge. c 1550 *Decay Eng. By Shepe* (E.E.T.S.) 98 To kepe vj. persons, downe lyinge and vprisynge in hys house. a 1628 PRESTON *Serm. bef. his Majestie* (1630) 74 There are so many uprising & down-lying, that must have bread and meate from day to day.
   Hence '**down-lying** vbl. sb. (a) Lying down, going to bed; taking of permanent quarters. (b) Lying-in of a woman, confinement. (*north. dial.*)
1535 *Goodly Primer* Ps. cxxxix, My ingoing and downlying to sleep. 1603 FLORIO *Montaigne* I. xxv. (1632) 82 What they go withall is but a conceiving, and therefore nothing neere downlying. 1626 B. MONRO *Exped.* II. 16 What hurt the enemy was able to have done us, before our down-lying. 1848 MRS. GASKELL *M. Barton* ix, She expected her down-lying every day. 1855 ROBINSON *Whitby Gloss.*, *Down-ligging* time.

**download** ('daʊnləʊd), sb. *Computing.* [f. DOWN adv. + LOAD sb.] The action or process of downloading.
1977 *Sci. Amer.* Sept. 160/1 Changes at this stage are readily achieved by a simple process of re-edit, assemble and download. 1985 *Personal Computer World* Feb. 122/1 The feature which will appeal to most telecommunications people..is the download and upload routine.

**download** (daʊn'ləʊd, 'daʊn-), v. *Computing.* [f. DOWN adv. + LOAD v.] *trans.* To transfer (esp. software) from the storage of a larger system to that of a smaller one.
1980 *Electronic Design* 4 Jan. 167/2 These programs are downloaded into the Microsystem Analyzer for debug and execution. 1982 *Which Computer?* June 25/3 The existing software..will be down-loaded onto the new machine. 1983 *Austral. Microcomputer Mag.* Aug. 71/1 Micromagic..allows IBM PC users to download data from IP Sharp's online databases to the PC's files in VisiCalc format. 1984 *Daily Tel.* 9 Jan. 9/2 MicroNet 800..offers several hundred programs that can be downloaded to a home computer over an ordinary telephone line. 1986 *Sci. Amer.* Feb. 15/1 Using chess knowledge (downloaded from the oracle) relevant to the current position, the module evaluates each board.
   Hence **down'loading** vbl. sb.; also **down'loadable** a.
1982 *Information Services & Use* I. 334 Quite a few online user institutions were also using a variety of means for 'downloading', on either tape or disk. 1982 *What's New in Computing* Nov. 50/4 Plain language keyboard instructions may be used to compile any application program in rom for subsequent down loading onto disc or a..cassette recorder. 1983 *Austral. Microcomputer Mag.* Dec. 110/2 Key features of the WY-300 are..extensive alphanumeric and line drawing symbols; soft downloadable character generator. 1985 *Personal Computer World* Feb. 48 (Advt.), The units stack on top of each other to provide..downloadable software and access to the international PSS network and databases such as Prestel and Micronet 800.

**downlong**, *prep.* and a. [app. coined by W. Morris; cf. *headlong.*] A. *prep.* Down along. B. *adj.* Rushing down headlong.
1876 MORRIS *Sigurd* II. 91 The rush and rattle of waters, as the downlong flood swept by. 1895 —— *Beowulf* 21 But me the sea upbore The flood downlong the tide.

†'**downlooked** (-lʊkt), a. *Obs.* [f. *down-look* see DOWN a. 1 b.] Having downward or downcast looks; guilty-looking; demure, sheepish.
1641 BROME *Joviall Crew* II. Wks. 1873 III. 384, I never lik'd such demure down-look'd Fellows. 1677 *Lond. Gaz.* No. 1230/4 A middle size black man, having short black brown lank hair..down-look'd. a 1700 B. E. *Dict. Cant. Crew*, *Blank*, baffled, down-look't, sheepish, guilty. 1700 DRYDEN *Palamon & Arc.* II. 489 Jealousy..Downlook'd, and with a cuckow on her fist. 1814 SCOTT *Ld. of Isles* III. xix, Men: ..of evil mien, Down-look'd, unwilling to be seen.

'**downlooking** (-lʊkɪŋ), a. That looks down.
1788 *Maryland Jrnl.* 9 May (Th.), Lindsey, a down-looking fellow, had on a new flaxen shirt. 1800 *Aurora* (Philad.) 23 July, A number of sneaking down-looking fellows, who occasionally assembled in a group. 1823 SCOTT *Quentin D.* ii, A..middle sized man with a down-looking visage. 1842 MRS. BROWNING *Grk. Chr. Poets* 12 Wilhelm Meister's uplooking and downlooking aspects, the reverence to things above and things below. 1881 MISS YONGE *Lads & Lasses Langley* ii. 120 The rude, clumsy, stupid, down-looking fellow he had been.

**downlying**: see DOWN-LIE.

**down-market** (stress variable), a. and adv. [DOWN *prep.*; see UP-MARKET a. and adv.]
   A. *adj.* Of or relating to the cheaper end of the market; cheap, popular. Also *transf.* and *fig.*
1970 *Times* 12 May 11/6 It really is..cheering that Courtaulds, who have always seemed so determinedly down-market in their approach..should wake up to the fact that good design is..essential. 1978 *Observer* 16 Apr. 38/1 This was the down-market end of the tremendous business in antiques. 1979 J. COOPER *Class* vii. 121 Upper-class girls..taking on a string of down-market lovers: lorry drivers one year, Negroes the next, and beards the year after that. 1983 *Economist* 2 July 66/3 Kaufhof looks like remaining the most downmarket of West Germany's stores.
   B. *adv.* Towards the cheaper end of the market.
1973 *Listener* 27 Dec. 875 Readers who have asked about the matter can be told that there is no reason to believe the paper will move 'down-market' in search of popularity. 1980 *Jrnl. R. Soc. Arts* May 330/1 Some companies would claim that their particular market does not wish to buy what we might call the best design, but wants something down market. 1984 *Listener* 2 Feb. 10/2 The privatisation of the BBC and the race down-market of ITV would then be a foregone conclusion.

**downmost** ('daʊnməʊst), *adv.* and a. Also *dial.* **downermost**: cf. the obs. comparative **downermore**: see DOWN *adv.* VIII.
1790 BLAGDEN in *Phil. Trans.* LXXX. 342 So poised as that a certain part should be always downmost. 1822 COLERIDGE *Lett., Convers.*, etc. II. 92 Set the jewel in the marriage ring with the speck downmost. 1849 CARLISLE in *Eng. Hist. Rev.* (1886) I. 333 The early or downmost part of the sheets had mouldered. 1879 GEO. ELIOT *Theo. Such* 307



| | | |
|---|---|---|
| ecf_bounces@nyed.uscourts.gov | To | nobody@nyed.uscourts.gov |
| 03/12/2010 12:09 AM | cc | |
| | bcc | Edward C Flynn/ESCM |
| | Subject | Summary of ECF Activity |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
*** NOTE TO PUBLIC ACCESS USERS ***
This Daily Summary Report may contain documents for which one or more of the following policies apply:

Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

There is no charge for viewing opinions.

Activity has occurred in the following cases:

**1:08-cv-03139-RRM -RER Web Tracking Solutions, Inc. et al v. Google, Inc.**
**Letter 47**

**Docket Text:**
Letter *Joint Request of parties for a brief extension for the due date for their opening Markman briefs and revised schedule of dates* by Google, Inc. (Glass, James)

**1:08-cv-03139-RRM -RER Web Tracking Solutions, Inc. et al v. Google, Inc.**
**Scheduling Order**

**Docket Text:**
SCHEDULING ORDER: re [47] Letter filed by Google, Inc. Opening briefs must be filed by March 16, 2010. Markman Hearing remains scheduled for 4/30/2010. Revised schedule is So Ordered. Ordered by Magistrate Judge Ramon E. Reyes, Jr., on 3/11/2010. (Gerecci, Melisa)