UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WEB TRACKING SOLUTIONS LLC and DANIEL WEXLER,<br><br>      Plaintiffs,<br><br>   -against-<br><br>GOOGLE, INC.,<br><br>      Defendant. | 1:08-cv-03139 (RRM) (RER)<br><br>**DECLARATION OF**<br>**EDWARD J. DEFRANCO** |

I, Edward J. DeFranco, declare as follows:

1. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 5,960,409.

2. Attached hereto as Exhibit B is a true and correct copy of the prosecution history for U.S. Patent No. 5,960,409.

3. Attached hereto as Exhibit C is a true and correct copy of excerpts of the transcript of the March 9, 2010 deposition of Daniel Wexler.

4. Attached hereto as Exhibit D is a true and correct copy of excerpts of the transcript of the February 17, 2010 deposition of Dooyong Lee.

5. Attached hereto as Exhibit E is a true and correct copy of the report of Alexander Tuzhilin issued in *Lane's Gifts and Collectibles, L.L.C. et al. v. Google Inc. et al.*, No. CV-2005-52-1 (Arkansas Circuit Court, Miller County).

6. Attached hereto as Exhibit F is a true and correct copy of an excerpt of *The Computer Glossary: Complete Illustrated Dictionary* (9th ed. 2001).

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on the 17th day of March, 2010.

_____
Edward J. DeFranco