Exhibits C and D

Filed Under Seal