Case 1:08-cv-03139-RRM -RER   Document 51-7   Filed 03/17/10   Page 1 of 3

# The Computer Glossary

## The Complete Illustrated Dictionary

### NINTH EDITION

### ALAN FREEDMAN

praise from

**PC Magazine**

for a previous edition

"Its score of 90% was the highest for the dictionaries we tested."

**More than 6,000 meaningful terms!** Covers computer jargon and concepts, from personal computers to mainframes. Over 1,500 new and revised entries. Plus over 175 photos and illustrations.

For beginners, power users, and systems people.

Information on the Internet, the World Wide Web, Windows, Macintosh, and UNIX, plus networking, client/server, graphics, multimedia, object-oriented programming, standards, major products, vendors, industry profiles—and more!



**MULTIMEDIA CD-ROM VERSION INSIDE!**

"The Rolls-Royce of computer dictionaries."
—*Toronto Computes*

GOOGWT_00409313

Special discounts on bulk quantities of AMACOM books are available to corporations, professional associations, and other organizations. For details, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.
Tel.: 212-903-8316. Fax: 212-903-8083.
Web Site: www.amacombooks.org

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan, 1942-
　　　The computer glossary : the complete illustrated dictionary / Alan Freedman. — 9th ed.
　　　p. cm.
　　　ISBN 0-8144-7094-7 (pbk)
　　1.　　Computers–Dictionaries.　2. Electronic data processing–Dictionaries.　I. Title.

QA76.15.F733 2000
004'.03–dc21　　　　　　　　　　　　　00-055868

© 2001, 1998, 1995, 1993, 1991, 1989, 1983, 1981
The Computer Language Company Inc.
All rights reserved.
Printed in the United States of America.

This publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1

GOOGWT_00409314

**bandwidth**
The transmission capacity of an electronic line such as a communications network, computer bus or computer channel. It is expressed in bits per second, bytes per second or in Hertz (cycles per second). When expressed in Hertz, the frequency may be a greater number than the actual bits per second, because the bandwidth is the difference between the lowest and highest frequencies transmitted. See *traffic shaping*.

**bank**
An arrangement of identical hardware components.

**bank switching**
Engaging and disengaging electronic circuits. Bank switching is used when the design of a system prohibits all circuits from being addressed or activated at the same time, requiring that one unit be turned on while the others are turned off.

**banner ad**
A graphic image used on a Web site to advertise a product or service. Banner ads (ad banners) are typically 460 pixels wide by 60 pixels high.

**BAPCo**
(Business Applications Performance Corporation) A nonprofit organization founded in 1991 that develops benchmarks for PC software.

**bar chart**
A graphical representation of information in the form of bars. See *business graphics*.

**bar code**
The printed code used for recognition by a scanner. Traditional one-dimensional bar codes use the bar's width as the code, but encode just an ID or account number. Two-dimensional systems, such as PDF 417 from Symbol Technology, hold 1,800 characters in an area the size of a postage stamp. See *UPC*.

**barrel distortion**
A screen distortion in which the sides bow out. Contrast with *pincushioning*.

**base**
(1) A starting or reference point.
(2) A component in a bipolar transistor that activates the switch. Same as *gate* in a MOS transistor.
(3) A multiplier in a numbering system. In a decimal system, each digit position is worth 10x the position to its right. In binary, each digit position is worth 2x the position to its right.

**base address**
The starting address (beginning point) of a program or table. See *base/displacement* and *relative address*.

**base alignment**
The alignment of a variety of font sizes on a baseline.

| LAN Technologies | Bandwidth |
|---|---|
| Ethernet | 10 Mbps (shared) |
| Switched Ethernet | 10 Mbps (node to node) |
| Fast Ethernet | 100 Mbps |
| Gigabit Ethernet | 1000 Mbps |
| Token Ring | 4, 16 Mbps |
| Fast Token Ring | 100, 128 Mbps |
| FDDI/CDDI | 100 Mbps |
| ATM | 25, 45, 155, 622, 2488 Mbps + |

To compute actual network throughput, divide bps (bits per sec) by 10 for bytes per second. Then halve the amount to account for overhead. Thus, in a 10 Mbps Ethernet network, there is only 500 thousand bytes per second of usable bandwidth. That means a 10 meg file will take 20 seconds to send. The 10 million bits per second doesn't sound so fast anymore, does it?

| WAN Technologies | Bandwidth |
|---|---|
| **UNSWITCHED PRIVATE LINES (point to point)** | |
| T1 | 24 x 64 Kbps = 1.5 Mbps |
| T3 | 672 x 64 Kbps = 44.7 Mbps |
| Fractional T1 | N x 64 Kbps |
| **SWITCHED SERVICES** | |
| Dial-up via modem | 9.6, 14.4, 28.8, 33.6, 56 Kbps |
| ISDN | BRI 64-128 Kbps<br>PRI 1.544 Mbps |
| Switched 56/64 | 56 Kbps, 64 Kbps |
| Packet switched (X.25) | 56 Kbps |
| Frame relay | 56 Kbps to 45 Mbps |
| SMDS | 45, 155 Mbps |
| ATM | 25, 45, 155, 622, 2488 Mbps + |