## HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES <sup>LLP</sup>

112 MADISON AVENUE
NEW YORK, NEW YORK 10016-7416
www.hanlyconroy.com

ANDREA BIERSTEIN (NY & MA)
  (212) 784-6403
MITCHELL M. BREIT (NY, NJ & VA)
  (212) 784-6422
JAYNE CONROY (NY, DC & MA)
  (212) 784-6402
CLINTON B. FISHER (NY & DC)
  (212) 784-6446
PAUL J. HANLY, JR. (NY & TX)
  (212) 784-6401
STEVEN M. HAYES (NY)
  (212) 784-6414
THOMAS I. SHERIDAN, III (NY)
  (212) 784-6404

TELEPHONE (MAIN)
(212) 784-6400

TELECOPIER
(212) 213-5949

EMAIL
shayes@hanlyconroy.com

January 23, 2012

**VIA ELECTRONIC FILING**

Honorable Judge Roslynn R. Mauskopf
United States Courthouse
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re:  *In re: Web Tracking Solutions, LLC and Daniel Wexler v. Google, Inc.*, **1:08-cv-03139**

Dear Judge Mauskopf:

  We are submitting this letter to the Court on behalf of Plaintiffs Web Tracking Solutions, LLC and Daniel Wexler in the above-captioned action.

  As the Court knows, on October 12, 2011, the parties submitted a Stipulation and Joint Request for Entry of Judgment of Non-Infringement, attaching a Proposed Order of Final Judgment for the Court's signature and entry. Plaintiffs intend to appeal the Court's Order regarding claims construction entered on August 3, 2011. Plaintiffs cannot file a Notice of Appeal until after the Order of Final Judgment has been entered. We respectfully request whether the Court could provide some indication as to when it intends to enter the Order of Final Judgment so that we can begin the appeal process.

  We greatly appreciate the Court's attention to this request.

         Respectfully submitted,

         */s/ Steven M. Hayes*

         Steven M. Hayes

SMH/yi
 cc: Magistrate Judge Ramon E. Reyes, Jr.
   All Counsel